**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Haah Automotive Holdings Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-3754243** |

**4.**  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1 Spectrum Pointe Drive**<br>**Lake Forest, CA 92630**<br>Number, Street, City, State & ZIP Code | **32 Hyacinth**<br>**Lake Forest, CA 92630**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.**  **Debtor's website** (URL) _____

**6.**  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Haah Automotive Holdings Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Haah Automotive Holdings Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

▮ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Haah Automotive Holdings Inc.**    Case number (*if known*)
Name

☐ $50,001 - $100,000        ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Haah Automotive Holdings Inc.**
     Name

Case number (*if known*)

---

| Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 30, 2021**
           MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Duke Hale**
Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **July 30, 2021**
      MM / DD / YYYY

**Christopher A. Minier**
Printed name

**Ringstad & Sanders LLP**
Firm name

**4343 Von Karman Avenue**
**Suite 300**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **949 851-7450**

Email address   **cminier@ringstadlaw.com**

**190705 CA**
Bar number and State

## RESOLUTION

The undersigned, Duke Hale, Chief Executive Officer of Haah Automotive Holdings, Inc. hereby certifies that on July 30, 2021, the following resolution was duly adopted by the officers of this corporation,

WHEREAS, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

NOW, THEREFORE, BE IT RESOLVED, that Duke Hale, Chief Executive Officer of Haah Automotive Holdings, Inc. be, and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

BE IT FURTHER RESOLVED, that Duke Hale, Chief Executive Officer of Haah Automotive Holdings, Inc. be, and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of Haah Automotive Holdings, Inc. and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of Haah Automotive Holdings, Inc. in connection with said bankruptcy proceedings; and

BE IT RESOLVED FURTHER, that Duke Hale, Chief Executive Officer of Haah Automotive Holdings, Inc. be, and hereby is, authorized and directed to employ Ringstad & Sanders LLP to represent the entity in said bankruptcy proceedings.

Dated: July 30, 2021                    HAAH AUTOMOTIVE HOLDINGS, INC.

By: _____
         Chief Executive Officer

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Christopher A. Minier**<br>**RINGSTAD & SANDERS LLP**<br>**4343 Von Karman Avenue**<br>**Suite 300**<br>**Newport Beach, CA 92660**<br>**949 851-7450 Fax: 949 851-6926**<br>California State Bar Number: **190705 CA**<br>**cminier@ringstadlaw.com** | |
| ☑ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Haah Automotive Holdings Inc.**<br><br>                                              Debtor(s),<br><br>                                              Plaintiff(s),<br><br><br><br><br><br>                                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Duke Hale_____ , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                            **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
         class of the corporation's(s') equity interests:
         *[For additional names, attach an addendum to this form.]*

b.      ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**July 30, 2021**
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:    **Duke Hale, Chief Executive Officer**
Printed name of Debtor, or attorney for
Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                           **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **July 30, 2021**

Duke Hale
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                     *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Haah Automotive Holdings Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................    $     0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................    $     22,913,312.65

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................    $     22,913,312.65

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     13,508,480.88

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     199,876.53

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     31,269,384.05

4.   Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b       $     44,977,741.46

**Fill in this information to identify the case:**

Debtor name  **Haah Automotive Holdings Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of America**<br>**101 South Tyron, 8th Fllor**<br>**Charlotte, NC 28255-0001** | **Checking Account** | 1414 | $95.00 |
| 3.2. | **Bank 7**<br>**1039 N.W. 63rd Street**<br>**Oklahoma City, CA 73116** | **Checking Account** | 6711 | $978.29 |

| 4. | **Other cash equivalents** *(Identify all)* | | |
|---|---|---|---|

| 5. | **Total of Part 1.** | | $1,073.29 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Deposit for Homologation Services**<br>**Chery Automobile Co**<br>**First Floor, Block One**<br>**251 Yaohua Road**<br>**Ching (Shanghai)** | $17,500,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Haah Automotive Holdings Inc.**          Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| | **Refund from Chery Automotive Co. on returned automobiles** | |
| | **First Floor, Block One** | |
| | **251 Yaohua Road** | |
| 7.2. | **China (Shanghai)** | $47,915.00 |

| | | |
|---|---|---|
| | **Refund for returned car from:** | |
| | **WM Autos International Limited** | |
| | **Floor 5, Building 7,** | |
| | **No. 3601 Dong Fang Road** | |
| 7.3. | **Shanghai, China** | $33,365.00 |

| | | |
|---|---|---|
| | **Security deposit for real property lease: 1 Spectrum Pointe Drive, Suite 315-320, Lake** | |
| | **Forest, CA 92630** | |
| | **Olen Commercial Realty Corp.** | |
| | **7 Corporate Plaza** | |
| 7.4. | **Newport Beach, CA 92660** | $18,959.36 |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**                                    | $17,600,239.36 |

Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Haah Automotive Holdings Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office Furniture | **$20,000.00** | 5000.00 | **$5,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Leased Lexmark Printer/Copier/Scanner | $0.00 | | $0.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$5,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

<div style="background:black;color:white">Part 8:</div> **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. **2019 Weltmeister ETS - White** <br> **Vin: LL2274092KW130496** <br> **Demo vehicle - cannot be sold USA** | **$33,365.00** | Resale Value | $0.00 |
| 48.2. **2019 Zoyte - White** <br> **Vin: LJ8F3D5D4JD189393** <br> **Demo vehicle - cannot be sold USA** | **$15,080.00** | Resale Value | $0.00 |
| 48.3. **2020 Chery Exceed VX** <br> **Vin: LVTDB24BXLD000571** <br> **Test Car - No Title** | **$20,000.00** | Resale Value | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **Haah Automotive Holdings Inc.**                          Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 48.4. | **2020 Chery Exceed VX - Blue**<br>**Vin: LVTDD24B9LD000572**<br>**Test Car - No Title** | $20,000.00 | Resale Value | $0.00 |
| 48.5. | **2020 Chery TXL - White**<br>**Vin: LVTDB24B0LD003322**<br>**Test Car - No Title** | $20,000.00 | Resale Value | $0.00 |
| 48.6. | **2020 Chery VX - Black**<br>**Vin: LVDTD24B3LD275323**<br>**Test Car - No Title** | $20,000.00 | Resale Value | $0.00 |
| 48.7. | **2020 Chery VX - Purple**<br>**Vin: LVTDB24B3LD268703**<br>**Test Car - No Title** | $20,000.00 | Resale Value | $0.00 |
| 48.8. | **2020 Chery TXL - White**<br>**Vin: LVTDD24BXLD000354**<br>**Test Car - No Title** | $20,000.00 | Resale Value | $0.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.

       | $0.00 |
       |---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Haah Automotive Holdings Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)
**Note receivable from:**
**Global Partnership Exchange, LLC**
**900 36th Avenue NW, Ste. 104**
**Norman, OK 73072**

**1,992,000.00** - **0.00** =
Total face amount    doubtful or uncollectible amount

**$1,992,000.00**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Litigation claim against Michael Davis**
**HAAH Automotive Holdings Inc. v. Michael Davis et al.**
**Case # 30-2020-01-01152245-CU-FR-CJC**
**Nature of claim**
**Amount requested**    **$3,150,000.00**

**$3,150,000.00**

**Fraudlulent tranfer claim against**
**Leaders For Christ**
**Nature of claim**
**Amount requested**    **$165,000.00**

**$165,000.00**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$5,307,000.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Haah Automotive Holdings Inc.**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,073.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,600,239.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,307,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,913,312.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,913,312.65 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Haah Automotive Holdings Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| **2.1** **Haines Capital Group, LLC** | | **$13,508,480.88** | **$22,913,312.65** |
|---|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| **1039 NW 63rd Street**<br>**Oklahoma City, OK 73116** | **All Assets of Debtor** | | |
| Creditor's mailing address | **Describe the lien**<br>**UCC-1 Lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| **2.2** **Century Business Services Inc.** | | **$0.00** | **$30,000.00** |
|---|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| **1342 Bell Avenue**<br>**Suite 3A**<br>**Tustin, CA 92780** | **Lexmark Printer/Copier/Scanner** | | |
| Creditor's mailing address | **Describe the lien**<br>**Lease of Printer** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Haah Automotive Holdings Inc.**
       Name

Case number (if known) _____

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | **$13,508,480. 88** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Haah Automotive Holdings Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Employment Development Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

Date or dates debt was incurred

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

---

**2.2**   Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

Date or dates debt was incurred
**12/18**

Last 4 digits of account number **3000**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes and Penalties**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$11,913.59**    Priority amount: **$0.00**

---

| Debtor | **Haah Automotive Holdings Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187,962.94 | $187,962.94 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19114-7346

Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**12/18**

Basis for the claim:
**Taxes and Penalities**

Last 4 digits of account number **4243**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities Exchange Commission**
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
Acct Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $175,000.00 |

As of the petition filing date, the claim is: Check all that apply.

**Abdalla, Mike**
Magna/Evansville
4500 East Division Street
Evansville, IN 47715

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Addy, Michael**
**Addy's Harbor Dodge, LLC**
**4849 Highway 501**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Letter of Intent for Dealership__
__Complaint filed: In the Court of Common Pleas Fifteenth Judicial__
__Circuit as Case No. 2021-CP-26-03639__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alfred Stein, Inc.**
**Attn: Noah Sullum**
**235 S. Main Street**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Notice Purposes Only__
__(Stockholder)__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ascher,  Ralph**
**11022 Acacia Parkway**
**Suite D**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Notice Purposes Only__
__(Stockholder)__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Asif, Muhammad**
**4100 Holly Lane**
**Rochester, MI 48306**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Notice Purposes Only__
__(Stockholder)__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,479.00** |
|---|---|---|---|

**Audax Labs LLC**
**21706 32nd Avenue SE**
**Seattle, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __IT Services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Auffenburg, Michael Charlie**
**Auffenburg/Colinsville Dealership**
**176 Auto Ct.**
**O Fallon, IL 62269**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Letter of Intent for Dealership__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Auffenburg, Michael Charlie**
**Auffenburg/St.Louis Dealership**
**176 Auto Ct.**
**O Fallon, IL 62269**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Letter of Intent for Dealership__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Auffenburg, Michael Charlie**
**Auffenburg/O'Fallon Dealership**
**176 Auto Ct.**
**O Fallon, IL 62269**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Letter of Intent for Dealership__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$990.00** |
|---|---|---|---|

**Automotive Development Consultants**
**P.O. Box 6028**
**Huntington Beach, CA 92615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/15/2020__

Basis for the claim:  __Consulting Services__

Last 4 digits of account number  __1005__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175,000.00** |
|---|---|---|---|

**Bachrodt, Rachel**
**Bachrodt/Rockford Dealership**
**7070 Cherryvale North Blvd**
**Rockford, IL 61112**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Letter of Intent for Dealership__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133,537.00** |
|---|---|---|---|

**Bailey, Garrett**
**620 35th Street**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __2020-2021__

Basis for the claim:  __Unpaid Wages__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Balsiger, Richard**
**10948 Dishman Place**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice Purposes Only__
**(Stockholder)**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Barker, Charles**
**Barker/Virginia Beach Dealership**
**4949 Virginia Beach Blvd.**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Letter of Intent for Dealership__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bateau, Darden**
**1793 Nantucket Place**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice Purposes Only__
**(Stockholder)**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Haah Automotive Holdings Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Battison, Larry**
**Battison/North Oklahoma City**
**4313 Hockeywick Road**
**Norman, OK 73072**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Battison, Larry**
**Battison/South Oklahoma City**
**4313 Hockeywick Road**
**Norman, OK 73072**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Bentley III, Phillip Wind**
**Bentley/Huntsville Dealership**
**P.O. Box 7169**
**Huntsville, AL 35807**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Berman, Michael**
**Berman/North Chicago Dealership**
**3456 N. Kedzie**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Bieler, Scott R.**
**Bieler/Buffalo Dealership**
**360 West Falls Road**
**West Falls, NY 14170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Blake, James**
**Sioux City Motorcars**
**5200 S. Louise Avenue**
**Sioux Falls, SD 57108**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Borches, Elizabeth**
**Borches/Richmond Dealership**
**12420 Jefferson Davis Hwy**
**Chester Rockford, VA 23831**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**Borches, Elizabeth**
**Borches/Charlottesville Dealership**
**12420 Jefferson Davis Hwy**
**Chester Rockford, VA 23831**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**Borgman, John**
**Borgman/Grandville Dealership**
**3150 28th St SW**
**P.O. Box 157**
**Grandville, MI 49468-0157**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Busch, Gary A.**
**70 Lake Park Drive**
**Sharpsburg, GA 30277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**
**(Stockholder)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,507.26 |
|---|---|---|---|

**Cash Leasing and Copier Sales**
**3609 Bradshaw Road**
**Suite H301**
**Sacramento, CA 95827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Lease contract for Lexmark Copier/Contract No.**
**C11095-01**

Last 4 digits of account number  **HA01**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Cavenaugh, Matt**
**Cavanaugh/Springdale Dealership**
**3487 Hwy 67 North**
**Walnut Ridge, AR 72476**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Cavenaugh, Matt**
**Cavanaugh/Jonesboro Dealership**
**3487 Hwy 67 North**
**Walnut Ridge, AR 72476**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Cavenaugh, Matt**
**Cavanaugh/Little Rock Dealership**
**3487 Hwy 67 North**
**Walnut Ridge, AR 72476**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Cavenaugh, Matt**<br>**Cavenaugh/Memphis Dealership**<br>**3487 Hwy 67 North**<br>**Walnut Ridge, AR 72476** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Letter of Intent for Dealership** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|
| **Cavenaugh, Matt**<br>**Cavenaugh/Bartlett Dealership**<br>**3487 Hwy 67 North**<br>**Walnut Ridge, AR 72476** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Letter of Intent for Dealership** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|
| **Cavender, Robert**<br>**Cavender/San Antonio Dealership**<br>**4358 Lockhil Selma Rd**<br>**Ste. 200**<br>**San Antonio, TX 78249** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Letter of Intent for Dealership** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|
| **Cavender, Robert**<br>**Cavender/Schertz Dealership**<br>**4358 Lockhill Selma Rd**<br>**Ste. 200**<br>**San Antonio, TX 78249** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Letter of Intent for Dealership** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.32 |
|---|---|---|
| **Century Business Services Inc.**<br>**1342 Bell Avenue**<br>**Suite 3A**<br>**Tustin, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **10/19** | Basis for the claim: _ | |
| Last 4 digits of account number  **9501** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Christensen, Robert**<br>**2659 Chad Zeller Lane**<br>**Corona, CA 92882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only (Stockholder)** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|
| **Christensen, Robert**<br>**2659 Chad Zeller Lane**<br>**Corona, CA 92882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **2019 Unpaid Wages** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

Cimino, Gerald
Cimino/Lakewood Dealership
1212 Motor City Drive
Colorado Springs, CO 80905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

Cimino, Gerald
Cimino/Colorado Springs Dealership
1212 Motor City Drive
Colorado Springs, CO 80905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

Cohen, David S.
28551 Springfield Drive
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice Purposes Only
(Stockholder)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

Corman, Blake
Grand Auto Sales/Grand Island
3426 W. Capital Ave.
Grand Island, NE 68803

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

Courter, Jason
Courter/Seattle Dealership
101 116th Ave SE
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

Courter, Jason
Courter/Tacoma Dealership
101 116th Avenue SE
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

Critz, Dale
Critz/Savanah Dealership
7000 Abercom Street
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Haah Automotive Holdings Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Cusomato, Sal**
**196 Arborridge Drive**
**Forked River, NJ 08731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,000.00**

**Dahl, Kenneth**
**Dahl/Davenport Dealership**
**1310 E. Kimberly**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Davis, Emily**
**9 Gretel Court**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Deel Investments LP**
**c/o Darryl Deel**
**2601 Callaway Ridge**
**Joplin, MO 64804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00**

**Demontrond, George**
**W Houston Dealership**
**14101 N Freeway**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00**

**Demontrond, George**
**Houston Woodlands Dealer**
**14101 N Freeway**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00**

**Demontrond, George**
**Houston E Dealership**
**14101 N Freeway**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Haah Automotive Holdings Inc.**
Name

Case number (if known)

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|------|------|------|------|

**Demontrond, George**
**Humble Dealership**
**14101 N Freeway**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|------|------|------|------|

**Demontrond, George**
**Demontrond/N Houston Dealership**
**14101 N Freeway**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|------|------|------|------|

**Dennis, Keith**
**Dennis/Columbus Dealership**
**2441 Billingsley Road**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|------|------|------|------|

**Dennis, Keith**
**Dennis/Dublin Dealership**
**2441 Billingsley Road**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|------|------|------|------|

**Desimone, Giagio**
**DeSimone/Philadelphia Dealership**
**518 2nd Street**
**Philadelphia, PA 19123**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------|------|------|

**Dickie, Gordon**
**515 Via El Risco**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Purposes Only (Stockholder)

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|------|------|------|------|

**DocuSign**
**221 Main Street**
**Suite 1000**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/28/2021

Basis for the claim:  Software

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doetsch, George**
**Doetch/DC Dealership**
**8800 Stanford Blvd.**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Doetsch, George**
**Doetch/Elkton Dealership**
**8800 Stanford Blvd.**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Doetsch, George**
**Doetch/Owings Mills Dealership**
**8800 Stanford Blvd.**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Doetsch, George**
**Doetch/Columbia Dealership**
**8800 Stanford Blvd.**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Doetsch, George**
**Doetch/Pasadena Dealership**
**8800 Stanford Blvd.**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Doetsch, George**
**Doetch/Belair Dealership**
**8800 Stanford Blvd.**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Domino, Daniel**
**5163 Cooper Road**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Driebe, John**
**Forany/Sacramento**
**8590 Laguna Grove Dr.**
**Elk Grove, CA 95757**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emerson, Matt**
**212 Main Street**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Purposes Only
(Stockholder)

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Equipoise Irrevocable Trust**
**Attn: Susan Lee Bateau**
**27758 Santa Margarita Pkwy**
**Suite 121**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Purposes Only
(Stockholder)

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Esfahani, Shawn**
**Daphne/Peoria, AZ**
**33056 Water View Drive West**
**Loxley, AL 36551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Esfahani, Shawn**
**Daphne/Chandler, AZ**
**33056 Water View Drive West**
**Loxley, AL 36551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Esfahani, Shawn**
**Daphne/Avondale, AZ**
**33056 Water View Drive West**
**Loxley, AL 36551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Esfahani, Shawn**
**Seam/Mobile**
**33056 Water View Drive W**
**Loxley, AL 36551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Haah Automotive Holdings Inc.**                                    Case number (if known) _____
　　　　　　Name

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Esfahani, Shawn**
**Seam/Panama City**
**33056 Water View Drive W**
**Loxley, AL 36551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Letter of Intent for Dealership_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Esfahani, Shawn**
**Seam/Tallahasse**
**33056 Water View Drive W**
**Loxley, AL 36551**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Letter of Intent for Dealership_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Esfahani, Shawn**
**Seam/Pensacola**
**6501 Pensacola Blvd.**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Letter of Intent for Dealership_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Everett, David**
**Everett/Asheville Dealership**
**161 US Hwy 70 SE**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Letter of Intent for Dealership_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Everett, David**
**Everett/Hickory Dealership**
**161 US Hwy 70 SE**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Letter of Intent for Dealership_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Fabre, David**
**Fabre/Prairieville Dealership**
**18834 Bienville Ct.**
**Prairieville, LA 70769**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Letter of Intent for Dealership_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**Fabre, David**
**Fabre/Covington Dealership**
**18834 Bienville Ct.**
**Prairieville, LA 70769**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Letter of Intent for Dealership_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Flanagan, Kevin**
**Smythe/Bloomfield**
**40 River Road**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Flanagan, Kevin**
**Smythe/Colonia**
**40 River Road**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Flanagan, Kevin**
**Smythe/Paramus**
**40 River Road**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Force, Gary**
**Force/Murphysboro Dealership**
**2325 Scottsville Rd**
**Bowling Green, KY 42104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Force, Gary**
**Force/Nashville Dealership**
**2325 Scottsville Rd**
**Bowling Green, KY 42104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**Forman, Don**
**Forman/Reno NV Dealership**
**3025 E. Sahara Ave**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00**

**Forman, Don**
**Forman/Henderson Dealership**
**3025 E. Sahara Ave**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Haah Automotive Holdings Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**3.86** | Nonpriority creditor's name and mailing address

**Fornaca, Ronald**
**Frank Motors/National City**
**2400 National City Blvd.**
**National City, CA 91950**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$300,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address

**Fox, Steven**
**Fox/El Paso Dealership**
**11165 Gateway Blvd W**
**El Paso, TX 79935**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$300,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address

**Frank Maddocks**
**333 Washington Blvd**
**Suite 331**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address

**Gaunce, Christopher**
**Gaunce/Waterville**
**27 Forest Park**
**Waterville, ME 04901**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$125,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address

**Giacchino, Larry**
**Carman/Glenn Mills Dealership**
**189 S. Dupont Hwy**
**New Castle, DE 19720**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$300,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address

**Giles, Robert Earl**
**Giles/Lafayette Dealership**
**6137 Johnston Street**
**Lafayette, LA 70508**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$250,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address

**Giles, Robert Earl**
**Giles/Lakes Charles Dealership**
**6137 Johnston Street**
**Lafayette, LA 70508**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Global Vehicle Services, Corp.**
**1892 North Main Street**
**Orange, CA 92865**

Date(s) debt was incurred  **4/1/2020**

Last 4 digits of account number  **0034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **GVS Regulatory Support and Program Management.**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,090,000.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Goldy, Joel**
**Goldy/Huntington Dealership**
**187 Kinetic Drive**
**Huntington, WV 25701**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

**$175,000.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Gunther, Joseph**
**Gunther/Coconut Creek Dealership**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Gunther, Joseph**
**Gunther/Greenacres Dealership**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Gunther, Joseph**
**Gunther/Fort Lauderdale Dealership**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Gunther, Joseph**
**Gunther/Port St. Lucie Dealership**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Gunther, Joseph**
**Gunther/Palm Beach Gardens Dealersh**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

Debtor    **Haah Automotive Holdings Inc.**                                    Case number *(if known)* _____
                   Name

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hagen, Gary P.**
**102 Arboleda Circle**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hale Living Trust**
**Attn: Duke T. Hale**
**P.O. Box 22**
**Venice, FL 34285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|---|

**Hall, Charlie**
**Hall/Waukesha Dealership**
**19809 W. Bluemound Rd**
**Brookfield, WI 53045**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Hardiman, Will**
**Hardeman/Roundrock**
**3400 Steck Avenue**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Hardiman, Will**
**Hardeman/N. Austin**
**3400 Steck Avenue**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Harrison, W. Thayne**
**Harrison/St. George**
**222 North Bluff St.**
**Saint George, UT 84770**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**Hart, Carl**
**Hart/Christiansburg**
**504 High St**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Haah Automotive Holdings Inc.**

Name

Case number *(if known)*

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Herson, Gerald**
**Herson's Auto Group/Rockville**
**15525 Frederick Road**
**Rockville, MD 20855**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hissong, John**
**11846 S. Circle Drive**
**Whittier, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,500.00** |
|---|---|---|---|

**Hudson, James**
**Hudson/Lexington Dealership**
**250 Greystone Blvd.**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,500.00** |
|---|---|---|---|

**Hudson, James**
**Hudson/Columbia Dealership**
**250 Greystone Blvd.**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Hudson, James**
**Hudson/Augusta Dealership**
**250 Greystone Blvd.**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,129.55** |
|---|---|---|---|

**ICL Inc.**
**445 S. Livernois Road**
**Suite 221**
**Rochester, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/29/2020**

Basis for the claim:  **Freight Transport**

Last 4 digits of account number  **0020**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Jeff Stoops & Jim Meyers**
**4055 W. Clara Lane**
**Muncie, IN 47304**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**Jenkins, Donald**
**DRJ/Jacksonville Dealership**
**2025 SW College Rd**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Jenkins, Donald**
**DRJ/Jacksonville Dealership**
**2025 SW College Rd**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Jenkins, Donald**
**DRJ/Ocala Dealership**
**2025 SW College Rd**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|

**Jenkins, Donald**
**DRJ/Port Charlotte Dealership**
**2025 SW College Rd**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,000.00 |
|---|---|---|---|

**Keeler, Alexander**
**37 Old Niskayuna Road**
**Loudonville, NY 12211**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Khalooghli, Kian**
**Khalooghli/San Bernadino**
**276 Upland Road**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Khalooghli, Kian**
**Khalooghli/Victorville**
**276 Upland Road**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Letter of Intent for Dealership

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Haah Automotive Holdings Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.121** | Nonpriority creditor's name and mailing address | **$200,000.00**

**Klimkiewicz, Steven**
**Klimkiewicz/Virginia Beach**
**1625 Duke of Windsor Road**
**Virginia Beach, VA 23454-2514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | **$69,038.00**

**LaMarre, Rich**
**460 Longfellow Drive**
**Wheaton, IL 60189**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | **$250,000.00**

**Latham, Mary Margaret**
**Wilmington Auto Group**
**5920 Market Street**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | **$0.00**

**Lopez Frank**
**40317 Saddlebrook Street**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | **$150,000.00**

**Loquercio, Robert**
**Loquercio/St Charles Dealership**
**1600 West Lake Street**
**Streamwood, IL 60107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | **$150,000.00**

**Loquercio, Robert**
**Loquercio/Roselle Dealership**
**1600 West Lake Street**
**Streamwood, IL 60107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | **$0.00**

**Lurton Lee**
**9644 Spruance Court**
**Indianapolis, IN 46256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Haah Automotive Holdings Inc.**                                      Case number (if known) _____
　　　　　Name

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mac Magdi Yousry**
**1238 West Grove Avenue**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |

**Magtalia Advisors, LLC**
**21 Cedar Road**
**South Bound Brook, NJ 08880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/01/2020_

Basis for the claim:  **Unpaid 1099 Compensation**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,500.00 |

**Masewiez, Randolph**
**Crivilli/Greensburg Dealership**
**1520 State Route 31**
**Mount Pleasant, PA 15666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McCurry, Barry**
**5909 Sly Fox Lane**
**Indianapolis, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |

**McDaniels, Bill**
**McDaniels/Charleston Dealership**
**2283 Savannah Hwy**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mejia, Bradley**
**430 Brower Street**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Martino**
**2316 King Arms Drive**
**Fallston, MD 21047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Haah Automotive Holdings Inc.**
_____
Name

Case number (if known) _____

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Michael Martino**
**3307 Fallston Road**
**Fallston, MD 21047**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid 1099 Compensation**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |
|---|---|---|---|

**Miller, Mark**
**Miller Auto Group/Burlington**
**1596 Rt 38**
**PO Box 617**
**Lumberton, NJ 08048**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Miller, Mark**
**Miller Auto Group/Turnersville**
**1596 Rt 38**
**PO Box 617**
**Lumberton, NJ 08048**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Miller, Mark**
**Miller Auto Group/Cherry Hill**
**1596 Rt 38**
**PO Box 617**
**Lumberton, NJ 08048**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Minki Dink Irrevocable Trust**
**c/o Ralph Ascher**
**11022 Acacia Pkwy #D**
**Garden Grove, CA 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only
(Stockholder)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Neale, Jeffrey**
**3451 River Park Drive**
**No. 3014**
**Fort Worth, TX 76116**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only
(Stockholder)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Haah Automotive Holdings Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Nicolato, Joseph L.<br>3611 Fair Oaks Place<br>Longboat Key, FL 34228-4152 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only (Stockholder)** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.142**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|
| Norton, James<br>Norton/Conteau Dealership<br>3131 N. Aspen Avenue<br>Broken Arrow, OK 74012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Letter of Intent for Dealership** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.143**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Olen Commercial Realty Corp.<br>7 Corporate Plaza<br>Newport Beach, CA 92660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Commercial Lease of:** | |
| Last 4 digits of account number __ | **1 Spectrum Pointe Drive**<br>**Suites 315-320**<br>**Lake Forest, CA 92630** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.144**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,000.00 |
|---|---|---|
| Optimum Info<br>3200 El Camino Real<br>Suite 120<br>Irvine, CA 92606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **IT Services** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.145**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335,302.40 |
|---|---|---|
| Oracle Credit Corporation<br>Banc of America Leasing & Capital<br>2600 W Big Beaver Road<br>Troy, MI 48084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Oracle Netsuit** | |
| Last 4 digits of account number  **8000** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.146**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|
| Ourisman, Robert<br>Ourisman/Rockville Dealership<br>807 Rockville Pike<br>Rockville, MD 20852 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Letter of Intent for Dealership** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.147**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Pete's Auto Body Inc.<br>c/o Peter Yendunian<br>319 Lemmon Creek Dr., #C<br>Walnut, CA 91789 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only (Stockholder)** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Haah Automotive Holdings Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

Peterson, Brady
Peterson/Boise
9101 W. Fairview Avenue
Boise, ID 83704

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Pradzinski, Robert
33 Acanthus
Rancho Santa Margarita, CA 92688

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only
(Stockholder)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$351,958.00** |
|---|---|---|---|

Pradzinski, Robert
33 Acanthus
Rancho Santa Margarita, CA 92688

Date(s) debt was incurred  2018-2021
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

Proko, Margaret
Proko/Nashua Dealership
280 Amherst Street
Nashua, NH 03063

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

Rapp, Bill
3449 Burnet Ave
Syracuse, NY 13206

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

Rochester Gregory
Rochester Motor Co.
4900 Hwy 52 N
Rochester, MN 55901

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

Roen, David
St Paul/Maplewood
3400 Hwy 61
White Bear Lake, MN 55110

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132,000.00** |
|---|---|---|---|
| | **Rohatgi, Mukesh** | ☐ Contingent | |
| | **27881 Isela Court** | ☐ Unliquidated | |
| | **Laguna Niguel, CA 92677** | ☑ Disputed | |
| | Date(s) debt was incurred **2018-2021** | Basis for the claim: **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|
| | **Ron Taft LLC** | ☐ Contingent | |
| | **2934 Beverly Glen Circle** | ☐ Unliquidated | |
| | **Suite 372** | ☐ Disputed | |
| | **Los Angeles, CA 90077** | | |
| | Date(s) debt was incurred **1/15/2020** | Basis for the claim: **Marketing Services** | |
| | Last 4 digits of account number **A005** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **Rosatti, John** | ☐ Contingent | |
| | **Rosatti/Buffalo Dealership** | ☐ Unliquidated | |
| | **360 West Falls Road** | ☐ Disputed | |
| | **West Falls, NY 14170** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Letter of Intent for Dealership** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Rosenburg, David** | ☐ Contingent | |
| | **Rosenberg/South Portland** | ☐ Unliquidated | |
| | **884 Portland Road** | ☑ Disputed | |
| | **Saco, ME 04072** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Letter of Intent for Dealership** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|
| | **Rosenburg, David** | ☐ Contingent | |
| | **Rosenberg/White River** | ☐ Unliquidated | |
| | **884 Portland Road** | ☑ Disputed | |
| | **Saco, ME 04072** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Letter of Intent for Dealership** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,678.52** |
|---|---|---|---|
| | **RR Donnelley** | ☐ Contingent | |
| | **7810 Solution Center** | ☐ Unliquidated | |
| | **Chicago, IL 60677-7008** | ☐ Disputed | |
| | Date(s) debt was incurred **10/21/2020** | Basis for the claim: **Marketing Services** | |
| | Last 4 digits of account number **9521** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sanborn, Bruce** | ☐ Contingent | |
| | **12 Alta Hills Way** | ☐ Unliquidated | |
| | **Laguna Niguel, CA 92677** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Purposes Only (Stockholder)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Haah Automotive Holdings Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.162** | Nonpriority creditor's name and mailing address

**Saslow, Brett**
**Saslow/Centerreach LI**
**22 Stone Gate Court**
**Smithtown, NY 11787**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.163** | Nonpriority creditor's name and mailing address

**Sato Family Trust**
**c/o Garrett Sati**
**20350 Via Badalona**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164** | Nonpriority creditor's name and mailing address

**Scheftner, Mark**
**805 West Shore Drive**
**Delafield, WI 53018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165** | Nonpriority creditor's name and mailing address

**Scholfield, Roger**
**Scholfield Honda**
**7017 E Kellogg Dr**
**Wichita, KS 67207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

**$175,000.00**

---

**3.166** | Nonpriority creditor's name and mailing address

**Shardul Amarchand**
**Amarchand Towers**
**216 Okhla Industrial Estate**
**Phase III**
**New Delhi 110020 India**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$7,750.00**

---

**3.167** | Nonpriority creditor's name and mailing address

**Smith, Mark**
**Principal/Corpus Chrisiti**
**2035 West Airport Freeway**
**Irving, TX 75062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

**$125,000.00**

---

**3.168** | Nonpriority creditor's name and mailing address

**Smith, Mark**
**Principal/Fort Worth**
**2035 West Airport Freeway**
**Irving, TX 75062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No ☐ Yes

**$175,000.00**

---

| Debtor | Haah Automotive Holdings Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Smitt III, E.W.**
**Smith/Tampa**
**3800 34th St N**
**Saint Petersburg, FL 33714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Smitt III, E.W.**
**Smith/Clearwater**
**3800 34th St N**
**Saint Petersburg, FL 33714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Smitt III, E.W.**
**Smith/New Port Richey**
**3800 34th St N**
**Saint Petersburg, FL 33714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sommerville, Bill**
**4671 Warner Avenue**
**Suite 131**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Notice Purposes Only (Stockholder)</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Stahl, Gregory**
**Stahl/Rochester**
**1271 Ridge Road Way**
**Rochester, NY 14615**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|---|

**Stein, Irv**
**Irv Stein - Berwyn**
**497 E. Lancaster**
**Berwyn, PA 19312**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred <u>2017</u>

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stein, Irv**
**Irv Stein -Doylestown**
**235 S. Main Street**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Letter of Intent for Dealership</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Haah Automotive Holdings Inc.**

Name

Case number (if known) _____

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |

**Stivers, Edward**
**Stivers/Atlanta**
**4000 Eastern Blvd.**
**Montgomery, AL 36116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Letter of Intent for Dealership__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |

**Stivers, Edward**
**Stivers/Des Moines**
**1450 E. Hickman Rd**
**Waukee, IA 50263**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Letter of Intent for Dealership__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |

**Stivers, Edward**
**Stivers/Montgomery**
**4000 Eastern Blvd.**
**Montgomery, AL 36116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Letter of Intent for Dealership__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |

**Stivers, Edward**
**Stivers/Birmingham**
**4000 Eastern Blvd.**
**Montgomery, AL 36116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Letter of Intent for Dealership__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |

**Stoops, Jeff**
**Stoops/Indianapolis**
**1251 Quaker Blvd**
**Plainfield, IN 46168**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Letter of Intent for Dealership__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |

**Stoops, Jeff**
**Stoops - Indianapolis**
**1251 Quaker Blvd**
**Plainfield, IN 46168**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Letter of Intent for Dealership__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Stoops, Randy**
**Stoops, Muncie, IN**
**4055 W. Clara Lane**
**Muncie, IN 47304**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Letter of Intent for Dealership__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Haah Automotive Holdings Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|

**Strong, Bradford David**
**Bradford Strong/Layton Dealership**
**1070 South Main Street**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Letter of Intent for Dealership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Strong, Bradford David**
**Bradford Strong/South Jordan**
**1070 South Main Street**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Letter of Intent for Dealership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**Stucky, Matthew**
**Stucky/State College**
**518 Broad Street**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Letter of Intent for Dealership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Surber, Donald**
**20 E. Laurel**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Sweeney, Jacob**
**Sweeney/Cincinnati**
**105 West Kemper Road**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Letter of Intent for Dealership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Sweeney, Jacob**
**Sweeney/West Chester**
**105 West Kemper Road**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Letter of Intent for Dealership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sweetmeadow Trust**
**c/o Michael Davis**
**27758 Santa Margarita Pkwy**
**Suite 121**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190** | Nonpriority creditor's name and mailing address
**Swope, Carl**
**Swope/Louisville**
**1100 N Dixie Hwy**
**Elizabethtown, KY 42701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☐ No  ☐ Yes

**$300,000.00**

---

**3.191** | Nonpriority creditor's name and mailing address
**Taska, Robert**
**Taska/Norwood**
**1667 Hartford Avenue**
**Johnston, RI 02919-3202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☐ No  ☐ Yes

**$200,000.00**

---

**3.192** | Nonpriority creditor's name and mailing address
**Taska, Robert**
**Taska/Arlington Heights**
**1667 Hartford Avenue**
**Johnston, RI 02919-3202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ☐ No  ☐ Yes

**$200,000.00**

---

**3.193** | Nonpriority creditor's name and mailing address
**The Designory, Inc.**
**211 E. Ocean Blvd., Unit 100**
**Long Beach, CA 90802**

Date(s) debt was incurred  5/18/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ☐ No  ☐ Yes

**$102,933.00**

---

**3.194** | Nonpriority creditor's name and mailing address
**The Travelers Indemnity Company**
**One Tower Square**
**Hartford, CT 06183**

Date(s) debt was incurred  5/15/21

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auto Dealers/Business Auto/Motor Carrier Insurance
Policy
Term: 5/15/21-5/15/22

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.195** | Nonpriority creditor's name and mailing address
**Thompson, Janet**
**4026 General Martin Lane**
**Franklin, TN 37064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only
(Board Member and Stockholder)

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.196** | Nonpriority creditor's name and mailing address
**Tomes, Brandon**
**Tomes/Frisco**
**950 S. Central Expressway**
**McKinney, TX 75070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Letter of Intent for Dealership

Is the claim subject to offset? ■ No  ☐ Yes

**$200,000.00**

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.197** | **Nonpriority creditor's name and mailing address**
**Trebino, Michael**
**Pine Belt/Toms River**
**229 Route 37 East**
**Toms River, NJ 08753**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Letter of Intent for Dealership__

Is the claim subject to offset? ☑ No ☐ Yes

**$200,000.00**

---

**3.198** | **Nonpriority creditor's name and mailing address**
**Turner, Alan**
**Turner/Pensacola Dealership**
**6501 Pensacola Blvd.**
**Pensacola, FL 32505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Letter of Intent for Dealership__

Is the claim subject to offset? ☑ No ☐ Yes

**$125,000.00**

---

**3.199** | **Nonpriority creditor's name and mailing address**
**Urban Science Applications, Inc.**
**P.O. Box 67000**
**Detroit, MI 48267-2740**

Date(s) debt was incurred  12/06/2019

Last 4 digits of account number  0120

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consulting Services__

Is the claim subject to offset? ☑ No ☐ Yes

**$108,000.00**

---

**3.200** | **Nonpriority creditor's name and mailing address**
**Vacker, Bob**
**Ogden/Brownsbille**
**3201 W 10th Street**
**McAllen, TX 78501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Letter of Intent for Dealership__

Is the claim subject to offset? ☑ No ☐ Yes

**$100,000.00**

---

**3.201** | **Nonpriority creditor's name and mailing address**
**Vacker, Bob**
**Ogden/McAllen**
**3201 W 10th Street**
**McAllen, TX 78501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Letter of Intent for Dealership__

Is the claim subject to offset? ☑ No ☐ Yes

**$300,000.00**

---

**3.202** | **Nonpriority creditor's name and mailing address**
**Van Den Hurk, Wilhelmus**
**den Kurk/Hawaii Dealership**
**2841 N. Nimitz Hwy**
**Honolulu, HI 96819**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Letter of Intent for Dealership__

Is the claim subject to offset? ☑ No ☐ Yes

**$100,000.00**

---

**3.203** | **Nonpriority creditor's name and mailing address**
**Vercillo, Anthony**
**18543 Yorba Linda Blvd**
**Suite 140**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only (Stockholder)__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,033,333.00** |
|---|---|---|---|

**Walters, Billy
**BW Auto Ventures, LLC
750 Peachtree Drive
Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Letter of Intent for Dealership</u>
<u>Complaint filed in Circuit Court of the Second Judicial Circuit in Leon</u>
<u>County Florida Case No. 2021 CA 000393</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wayne Miller Jr.
6483 N. Park Avenue
Indianapolis, IN 46220-1634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only
(Stockholder)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Weinzapfel, Jonathan
Weinzapfel/Waco
3000 Interstate 35 S
Waco, TX 76706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Weitman, Neil
Royal Speedway/Tucson
4670 N. Circuit Rd
Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**White, William
White/Ford Smith
3510 S Zero Street
Fort Smith, AR 72908**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Whitlow, George
Whitlow/Richmond Dealership
9703 Midlothian Turnpike
Richmond, VA 23235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|

**William Bunker IP Consulting
Holdings, Inc.
1034 Canyon Meadows Drive
No. 7
Provo, UT 84606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  <u>3/18/2021</u>

Last 4 digits of account number __

Basis for the claim:  **IP Consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Haah Automotive Holdings Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Goetze**
**3415 Torre Boulevard**
**New Smyrna Beach, FL 32168**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Wasdyke**
**30211 Marbella Vista**
**San Juan Capistrano, CA 92675**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Wilson, David**
**Preston/Salisbury**
**218 Main Street**
**Preston, MD 21655**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|

**Wilson, David**
**Preston/Denton**
**218 Main Street**
**Preston, MD 21655**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wisdom Seekers LLC**
**Attn: Jolanta N. Miller**
**1429 Carrolton Avenue**
**Indianapolis, IN 46202-2714**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Wolf, Daniel**
**Wolf/Aurora**
**1488 W Ogden Avenue**
**Naperville, IL 60540**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Wright Jr., Arthur William**
**Wright/Bethlehem Dealership**
**675 State Avenue**
**Emmaus, PA 18049**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Letter of Intent for Dealership**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Haah Automotive Holdings Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Yob, Valeria
23131 15th Ave SE
# H1
Bothell, WA 98021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00**

Youngblood, John
Youngblood/Springfield
5744 S. Castlebay Drive
Springfield, MO 65807

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246,000.00**

Yvonne Burkhouse
35 Tall Hedge
Irvine, CA 92603

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018-2021**

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Zhang Carson
776 W. Chester Road
Covina, CA 91722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only (Stockholder)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00**

Zhang, Carson
776 West Chester Road
Covina, CA 91722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advisory Fees for Board Member Unpaid 1099 Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

Zwiacher, David
Scoggins Dickey
5901 Spur 327
Lubbock, TX 79424

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Letter of Intent for Dealership**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| Debtor | **Haah Automotive Holdings Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Department of the Treasury Internal Revenue Service Ogden, UT 84201-0030** | Line  **2.3**  ☐  Not listed. Explain ____ | **4243** |
| 4.2  **Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257-0511** | Line  **2.2**  ☐  Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **199,876.53** |
| **5b. Total claims from Part 2** | 5b.  + | $  **31,269,384.05** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $  **31,469,260.58** |

**Fill in this information to identify the case:**

Debtor name   **Haah Automotive Holdings Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Abdalla, Mike** <br> **Magna/Evansville** <br> **4500 East Division Street** <br> **Evansville, IN 47715** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Addy, Michael** <br> **Addy's Harbor Dodge, LLC** <br> **4849 Highway 501** <br> **Myrtle Beach, SC 29579** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Auffenburg, Michael Charlie** <br> **Auffenburg/Colinsville Dealership** <br> **176 Auto Ct.** <br> **O Fallon, IL 62269** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Auffenburg, Michael Charlie** <br> **Auffenburg/St.Louis Dealership** <br> **176 Auto Ct.** <br> **O Fallon, IL 62269** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Haah Automotive Holdings Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Auffenburg, Michael Charlie** |
| | List the contract number of any government contract | | **Auffenburg/O'Fallon Dealership** <br> **176 Auto Ct.** <br> **O Fallon, IL 62269** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Bachrodt, Rachel** |
| | List the contract number of any government contract | | **Bachrodt/Rockford Dealership** <br> **7070 Cherryvale North Blvd** <br> **Rockford, IL 61112** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Barker, Charles** |
| | List the contract number of any government contract | | **Barker/Virginia Beach Dealership** <br> **4949 Virginia Beach Blvd.** <br> **Virginia Beach, VA 23462** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Battison, Larry** |
| | List the contract number of any government contract | | **Battison/North Oklahoma City** <br> **4313 Hockeywick Road** <br> **Norman, OK 73072** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Battison, Larry** |
| | List the contract number of any government contract | | **Battison/South Oklahoma City** <br> **4313 Hockeywick Road** <br> **Norman, OK 73072** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Bentley III, Phillip Wind** |
| | List the contract number of any | | **Bentley/Huntsville Dealership** <br> **P.O. Box 7169** <br> **Huntsville, AL 35807** |

| Debtor 1 | Haah Automotive Holdings Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent for Dealership | |
|---|---|---|---|
| | State the term remaining | | Berman, Michael |
| | List the contract number of any government contract | | Berman/North Chicago Dealership 3456 N. Kedzie Chicago, IL 60618 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent for Dealership | |
|---|---|---|---|
| | State the term remaining | | Bieler, Scott R. |
| | List the contract number of any government contract | | Bieler/Buffalo Dealership 360 West Falls Road West Falls, NY 14170 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent for Dealership | |
|---|---|---|---|
| | State the term remaining | | Blake, James |
| | List the contract number of any government contract | | Sioux City Motorcars 5200 S. Louise Avenue Sioux Falls, SD 57108 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent for Dealership | |
|---|---|---|---|
| | State the term remaining | | Borches, Elizabeth |
| | List the contract number of any government contract | | Borches/Richmond Dealership 12420 Jefferson Davis Hwy Chester Rockford, VA 23831 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent for Dealership | |
|---|---|---|---|
| | State the term remaining | | Borches, Elizabeth |
| | List the contract number of any government contract | | Borches/Charlottesville Dealership 12420 Jefferson Davis Hwy Chester Rockford, VA 23831 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent for Dealership | Borgman, John Borgman/Grandville Dealership 3150 28th St SW P.O. Box 157 Grandville, MI 49468-0157 |
|---|---|---|---|

Debtor 1    **Haah Automotive Holdings Inc.**

First Name    Middle Name    Last Name    Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cavenaugh, Matt** |
| | List the contract number of any government contract | | **Cavanaugh/Springdale Dealership**<br>**3487 Hwy 67 North**<br>**Walnut Ridge, AR 72476** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cavenaugh, Matt** |
| | List the contract number of any government contract | | **Cavanaugh/Jonesboro Dealership**<br>**3487 Hwy 67 North**<br>**Walnut Ridge, AR 72476** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cavenaugh, Matt** |
| | List the contract number of any government contract | | **Cavanaugh/Little Rock Dealership**<br>**3487 Hwy 67 North**<br>**Walnut Ridge, AR 72476** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cavenaugh, Matt** |
| | List the contract number of any government contract | | **Cavanaugh/Memphis Dealership**<br>**3487 Hwy 67 North**<br>**Walnut Ridge, AR 72476** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cavenaugh, Matt** |
| | List the contract number of any government contract | | **Cavanaugh/Bartlett Dealership**<br>**3487 Hwy 67 North**<br>**Walnut Ridge, AR 72476** |

Debtor 1    **Haah Automotive Holdings Inc.**
　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cavender, Robert**<br>**Cavender/San Antonio Dealership**<br>**4358 Lockhil Selma Rd**<br>**Ste. 200**<br>**San Antonio, TX 78249** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cavender, Robert**<br>**Cavender/Schertz Dealership**<br>**4358 Lockhill Selma Rd**<br>**Ste. 20**<br>**San Antonio, TX 78249** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Lexmark/Printer/Copier/Scanner** | |
|---|---|---|---|
| | State the term remaining | | **Century Business Services Inc.**<br>**1342 Bell Avenue**<br>**Suite 3A**<br>**Tustin, CA 92780** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cimino, Gerald**<br>**Cimino/Lakewood Dealership**<br>**1212 Motor City Drive**<br>**Colorado Springs, CO 80905** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Cimino, Gerald**<br>**Cimino/Colorado Springs Dealership**<br>**1212 Motor City Drive**<br>**Colorado Springs, CO 80905** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Corman, Blake**<br>**Grand Auto Sales/Grand Island**<br>**3426 W. Capital Ave.**<br>**Grand Island, NE 68803** |
| | List the contract number of any | | |

Debtor 1   **Haah Automotive Holdings Inc.**

First Name          Middle Name          Last Name                          Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Courter, Jason** |
| | List the contract number of any government contract | | **Courter/Seattle Dealership**<br>**101 116th Ave SE**<br>**Bellevue, WA 98004** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Courter, Jason** |
| | List the contract number of any government contract | | **Courter/Tacoma Dealership**<br>**101 116th Ave SE**<br>**Bellevue, WA 98004** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Critz, Dale** |
| | List the contract number of any government contract | | **Critz/Savanah Dealership**<br>**7000 Abercom Street**<br>**Savannah, GA 31406** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Dahl, Kenneth** |
| | List the contract number of any government contract | | **Dahl/Davenport Dealership**<br>**1310 E. Kimberly**<br>**Davenport, IA 52807** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Demontrond, George** |
| | List the contract number of any government contract | | **Demontrond/N Houston Dealership**<br>**14101 N Freeway**<br>**Houston, TX 77090** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Demontrond, George**<br>**Houston Woodlands Dealer**<br>**14101 N Freeway**<br>**Houston, TX 77090** |
|---|---|---|---|

Debtor 1    **Haah Automotive Holdings Inc.**

First Name        Middle Name        Last Name        Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Demontrond, George** |
| | List the contract number of any government contract | _____ | **Houston E Dealership**<br>**14101 N Freeway**<br>**Houston, TX 77090** |

---

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Demontrond, George** |
| | List the contract number of any government contract | _____ | **Humble Dealership**<br>**14101 N Freeway**<br>**Houston, TX 77090** |

---

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Demontrond, George** |
| | List the contract number of any government contract | _____ | **W Houston Dealership**<br>**14101 N Freeway**<br>**Houston, TX 77090** |

---

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Dennis, Keith** |
| | List the contract number of any government contract | _____ | **Dennis/Columbus Dealership**<br>**2441 Billingsley Road**<br>**Columbus, OH 43235** |

---

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Dennis, Keith** |
| | List the contract number of any government contract | _____ | **Dennis/Dublin Dealership**<br>**2441 Billingsley Road**<br>**Columbus, OH 43235** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Haah Automotive Holdings Inc.**                                    Case number *(if known)* _____
    First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Desimone, Giagio**<br>**DeSimone/Philadelphia Dealership**<br>**518 2nd Street**<br>**Philadelphia, PA 19123** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Doetch, George**<br>**Doetch/Pasadena Dealership**<br>**8800 Stanford Blvd.**<br>**Columbia, MD 21045** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Doetsch, George**<br>**Doetch/DC Dealership**<br>**8800 Stanford Blvd.**<br>**Columbia, MD 21045** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Doetsch, George**<br>**Doetch/Elkton Dealership**<br>**8800 Stanford Blvd.**<br>**Columbia, MD 21045** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Doetsch, George**<br>**Doetch/Owings Mills Dealership**<br>**8800 Stanford Blvd.**<br>**Columbia, MD 21045** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Doetsch, George**<br>**Doetch/Columbia Dealership**<br>**8800 Stanford Blvd.**<br>**Columbia, MD 21045** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Haah Automotive Holdings Inc.**

First Name          Middle Name          Last Name          Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Doetsch, George**<br>**Doetch/Belair Dealership**<br>**8800 Stanford Blvd.**<br>**Columbia, MD 21045** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Driebe, John**<br>**Forany/Sacramento**<br>**8590 Laguna Grove Dr.**<br>**Elk Grove, CA 95757** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Esfahani, Shawn**<br>**Daphne/Peoria, AZ**<br>**33056 Water View Drive West**<br>**Loxley, AL 36551** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Esfahani, Shawn**<br>**Daphne/Chandler, AZ**<br>**33056 Water View Drive West**<br>**Loxley, AL 36551** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Esfahani, Shawn**<br>**Daphne/Avondale, AZ**<br>**33056 Water View Drive West**<br>**Loxley, AL 36551** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Esfahani, Shawn**<br>**Seam/Mobile**<br>**33056 Water View Drive W**<br>**Loxley, AL 36551** |
|---|---|---|---|

Debtor 1    **Haah Automotive Holdings Inc.**

     First Name        Middle Name        Last Name               Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Esfahani, Shawn** |
| | List the contract number of any government contract | **Seam/Panama City**<br>**33056 Water View Drive W**<br>**Loxley, AL 36551** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Esfahani, Shawn** |
| | List the contract number of any government contract | **Seam/Pensacola**<br>**6501 Pensacola Blvd.**<br>**Pensacola, FL 32505** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Esfahani, Shawn** |
| | List the contract number of any government contract | **Seam/Tallahasse**<br>**33056 Water View Drive W**<br>**Loxley, AL 36551** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Everett, David** |
| | List the contract number of any government contract | **Everett/Asheville Dealership**<br>**161 US Hwy 70 SE**<br>**Hickory, NC 28602** |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Everett, David** |
| | List the contract number of any government contract | **Everett/Hickory Dealership**<br>**161 US Hwy 70 SE**<br>**Hickory, NC 28602** |

Debtor 1    **Haah Automotive Holdings Inc.**

First Name        Middle Name        Last Name        Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fabre, David**<br>**Fabre/Covington Dealership**<br>**18834 Bienville Ct.**<br>**Prairieville, LA 70769** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fabre, David**<br>**Fabre/Prairieville Dealership**<br>**18834 Bienville Ct.**<br>**Prairieville, LA 70769** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Flanagan, Kevin**<br>**Smythe/Bloomfield**<br>**40 River Road**<br>**Summit, NJ 07901** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Flanagan, Kevin**<br>**Smythe/Colonia**<br>**40 River Road**<br>**Summit, NJ 07901** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Flanagan, Kevin**<br>**Smythe/Paramus**<br>**40 River Road**<br>**Summit, NJ 07901** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Force, Gary**<br>**Force/Murphysboro Dealership**<br>**2325 Scottsville Rd**<br>**Bowling Green, KY 42104** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Haah Automotive Holdings Inc.**

    First Name          Middle Name         Last Name                Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Force, Gary** |
| | List the contract number of any government contract | | **Force/Nashville Dealership** **2325 Scottsville Rd** **Bowling Green, KY 42104** |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Forman, Don** |
| | List the contract number of any government contract | | **Forman/Reno NV Dealership** **3025 E. Sahara Ave** **Las Vegas, NV 89104** |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Forman, Don** |
| | List the contract number of any government contract | | **Forman/Henderson Dealership** **3025 E. Sahara Ave** **Las Vegas, NV 89104** |
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Fornaca, Ronald** |
| | List the contract number of any government contract | | **Frank Motors/National City** **2400 National City Blvd.** **National City, CA 91950** |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Fox, Steven** |
| | List the contract number of any government contract | | **Fox/El Paso Dealership** **11165 Gateway Blvd W** **El Paso, TX 79935** |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Gaunce, Christopher** **Gaunce/Waterville** **27 Forest Park** **Waterville, ME 04901** |

Debtor 1    **Haah Automotive Holdings Inc.**

First Name    Middle Name    Last Name    Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

---

2.68.    State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract    **Giacchino, Larry
Carman/Glenn Mills Dealership
189 S. Dupont Hwy
New Castle, DE 19720**

---

2.69.    State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract    **Giles, Robert Earl
Giles/Lafayette Dealership
6137 Johnston Street
Lafayette, LA 70508**

---

2.70.    State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract    **Giles, Robert Earl
Giles/Lakes Charles Dealership
6137 Johnston Street
Lafayette, LA 70508**

---

2.71.    State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract    **Goldy, Joel
Goldy/Huntington Dealership
187 Kinetic Drive
Huntington, WV 25701**

---

2.72.    State what the contract or lease is for and the nature of the debtor's interest    **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract    **Gunther, Joseph
Gunther/Coconut Creek Dealership
2201 N. Federal Highway
Delray Beach, FL 33483**

---

Debtor 1   **Haah Automotive Holdings Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|

State the term remaining

List the contract number of any government contract　_____

**Gunther, Joseph**
**Gunther/Greenacres Dealership**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|

State the term remaining

List the contract number of any government contract　_____

**Gunther, Joseph**
**Gunther/Fort Lauderdale Dealership**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|

State the term remaining

List the contract number of any government contract　_____

**Gunther, Joseph**
**Gunther/Palm Beach Gardens Dealersh**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|

State the term remaining

List the contract number of any government contract　_____

**Gunther, Joseph**
**Gunther/Port St. Lucie Dealership**
**2201 N. Federal Highway**
**Delray Beach, FL 33483**

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|

State the term remaining

List the contract number of any government contract　_____

**Hall, Charlie**
**Hall/Waukesha Dealership**
**19809 W. Bluemound Rd**
**Brookfield, WI 53045**

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
|---|---|---|

State the term remaining

List the contract number of any

**Hardiman, Will**
**Hardeman/N. Austin**
**3400 Steck Avenue**
**Austin, TX 78757**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

| Debtor 1 | **Haah Automotive Holdings Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Hardiman, Will** |
| | List the contract number of any government contract | | **Hardeman/Roundrock** |
| | | | **3400 Steck Avenue** |
| | | | **Austin, TX 78757** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Harrison, W. Thayne** |
| | List the contract number of any government contract | | **Harrison/St. George** |
| | | | **222 North Bluff St.** |
| | | | **Saint George, UT 84770** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Hart, Carl** |
| | List the contract number of any government contract | | **Hart/Christiansburg** |
| | | | **504 High St** |
| | | | **Salem, VA 24153** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Herson, Gerald** |
| | List the contract number of any government contract | | **Herson's Auto Group/Rockville** |
| | | | **15525 Frederick Road** |
| | | | **Rockville, MD 20855** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Hudson, James** |
| | List the contract number of any government contract | | **Hudson/Lexington Dealership** |
| | | | **250 Greystone Blvd.** |
| | | | **Columbia, SC 29210** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Hudson, James** |
|---|---|---|---|
| | | | **Hudson/Columbia Dealership** |
| | | | **250 Greystone Blvd.** |
| | | | **Columbia, SC 29210** |

Debtor 1    **Haah Automotive Holdings Inc.**                                                    Case number *(if known)* _____
         First Name         Middle Name              Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Hudson, James** |
| | List the contract number of any government contract | _____ | **Hudson/Augusta Dealership** **250 Greystone Blvd.** **Columbia, SC 29210** |

---

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Jenkins, Donald** |
| | List the contract number of any government contract | _____ | **DRJ/Jacksonville Dealership** **2025 SW College Rd** **Ocala, FL 34471** |

---

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Jenkins, Donald** |
| | List the contract number of any government contract | _____ | **DRJ/Ocala Dealership** **2025 SW College Rd** **Ocala, FL 34471** |

---

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Jenkins, Donald** |
| | List the contract number of any government contract | _____ | **DRJ/Port Charlotte Dealership** **2025 SW College Rd** **Ocala, FL 34471** |

---

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Jenkins, Donald** |
| | List the contract number of any government contract | _____ | **DRJ/Jacksonville Dealership** **2025 SW College Rd** **Ocala, FL 34471** |

---

Debtor 1  **Haah Automotive Holdings Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Keeler, Alexander**<br>**Keeler - Albany**<br>**37 Old Niskayuna Road**<br>**Loudonville, NY 12211** |
| | List the contract number of any government contract | _____ | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Khalooghli, Kian**<br>**Khalooghi/San Bernadino**<br>**276 Upland Road**<br>**Laguna Beach, CA 92651** |
| | List the contract number of any government contract | _____ | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Khalooghli, Kian**<br>**Khalooghi/Victorville**<br>**276 Upland Road**<br>**Laguna Beach, CA 92651** |
| | List the contract number of any government contract | _____ | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Klimkiewicz, Steven**<br>**Klimkiewicz/Virginia Beach**<br>**1625 Duke of Windsor Road**<br>**Virginia Beach, VA 23454-2514** |
| | List the contract number of any government contract | _____ | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Latham, Mary Margaret**<br>**Wilmington Auto Group**<br>**5920 Market Street**<br>**Wilmington, NC 28405** |
| | List the contract number of any government contract | _____ | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Loquercio, Robert**<br>**Loquercio/St Charles Dealership**<br>**1600 West Lake Street**<br>**Streamwood, IL 60107** |
| | List the contract number of any | | |

Debtor 1    **Haah Automotive Holdings Inc.**                                Case number (*if known*) _____
　　　　　First Name    　　Middle Name    　　　Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  | government contract |  |  |
|---|---|---|---|---|

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Loquercio, Robert**<br>**Loquercio/Roselle Dealership**<br>**1600 West Lake Street**<br>**Streamwood, IL 60107** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Masewiez, Randolph**<br>**Crivilli/Greensburg Dealership**<br>**1520 State Route 31**<br>**Mount Pleasant, PA 15666** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **McDaniels, Bill**<br>**McDaniels/Charleston Dealership**<br>**2283 Savannah Hwy**<br>**Charleston, SC 29414** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Miller, Mark**<br>**Miller Auto Group/Burlington**<br>**1596 Rt 38**<br>**PO Box 617**<br>**Lumberton, NJ 08048** |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Miller, Mark**<br>**Miller Auto Group/Cherry Hill**<br>**1596 Rt 38**<br>**PO Box 617**<br>**Lumberton, NJ 08048** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Miller, Mark**<br>**Miller Auto Group/Turnersville**<br>**1596 Rt 38**<br>**PO Box 617**<br>**Lumberton, NJ 08048** |

Debtor 1  **Haah Automotive Holdings Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Norton, James**<br>**Norton/Conteau Dealership**<br>**3131 N. Aspen Avenue**<br>**Broken Arrow, OK 74012** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease of 1 Spectrum Pointe Drive, Suite 315-320, Lake Forest, Ca 92630** | |
|---|---|---|---|
| | State the term remaining | **5/1/21 - 5/31/24** | **Olen Commercial Realty Corp.**<br>**7 Corporate Plaza**<br>**Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Ourisman, Robert**<br>**Ouirsman/Rockville Dealership**<br>**807 Rockville Pike**<br>**Rockville, MD 20852** |
| | List the contract number of any government contract | | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Peterson, Brady**<br>**Peterson/Boise**<br>**9101 W. Fairview Avenue**<br>**Boise, ID 83704** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Proko, Margaret**<br>**Proko/Nashua Dealership**<br>**280 Amherst Street**<br>**Nashua, NH 03063** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Haah Automotive Holdings Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Rapp, Bill** |
| | List the contract number of any government contract | | **3449 Burnet Ave**<br>**Syracuse, NY 13206** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Rochester Gregory**<br>**Rochester Motor Co.** |
| | List the contract number of any government contract | | **4900 Hwy 52 N**<br>**Rochester, MN 55901** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Roen, David**<br>**St Paul/Maplewood** |
| | List the contract number of any government contract | | **3400 Hwy 61**<br>**White Bear Lake, MN 55110** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Rosatti, John**<br>**Rosatti/Buffalo Dealership** |
| | List the contract number of any government contract | | **360 West Falls Road**<br>**West Falls, NY 14170** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Rosenburg, David**<br>**Rosenberg/South Portland** |
| | List the contract number of any government contract | | **884 Portland Road**<br>**Saco, ME 04072** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Rosenburg, David**<br>**Rosenberg/White River** |
| | List the contract number of any | | **884 Portland Road**<br>**Saco, ME 04072** |

Debtor 1  **Haah Automotive Holdings Inc.**
　　　　First Name　　　　Middle Name　　　　Last Name　　　　　　　　　　Case number (*if known*)　_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Saslow, Brett**<br>**Saslow/Centerreach LI**<br>**22 Stone Gate Court**<br>**Smithtown, NY 11787** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Scholfield, Roger**<br>**Scholfield Honda**<br>**7017 E Kellogg Dr**<br>**Wichita, KS 67207** |
| | List the contract number of any government contract | | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Smith, Mark**<br>**Principal/Fort Worth**<br>**2035 West Airport Freeway**<br>**Irving, TX 75062** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Smith, Mark**<br>**Principal/Corpus Chrisiti**<br>**2035 West Airport Freeway**<br>**Irving, TX 75062** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Smitt III, E.W.**<br>**Smith/Tampa**<br>**3800 34th St N**<br>**Saint Petersburg, FL 33714** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Smitt III, E.W.**<br>**Smith/Clearwater**<br>**3800 34th St N**<br>**Saint Petersburg, FL 33714** |
|---|---|---|---|

Debtor 1    **Haah Automotive Holdings Inc.**
      First Name           Middle Name         Last Name                 Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Smitt III, E.W.** |
| | List the contract number of any government contract | **Smith/New Port Richey**<br>**3800 34th St N**<br>**Saint Petersburg, FL 33714** |
| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Stahl, Gregory** |
| | List the contract number of any government contract | **Stahl/Rochester**<br>**1271 Ridge Road Way**<br>**Rochester, NY 14615** |
| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Stein, Irv** |
| | List the contract number of any government contract | **Irv Stein - Berwyn**<br>**497 E. Lancaster**<br>**Berwyn, PA 19312** |
| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Stein, Irv** |
| | List the contract number of any government contract | **Irv Stein -Doylestown**<br>**235 S. Main Street**<br>**Doylestown, PA 18901** |
| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | **Stivers, Edward** |
| | List the contract number of any government contract | **Stivers/Atlanta**<br>**4000 Eastern Blvd.**<br>**Montgomery, AL 36116** |

Debtor 1    **Haah Automotive Holdings Inc.**                                          Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Stivers, Edward**<br>**Stivers/Des Moines**<br>**1450 E. Hickman Rd**<br>**Waukee, IA 50263** |
| | List the contract number of any government contract | | |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Stivers, Edward**<br>**Stivers/Montgomery**<br>**4000 Eastern Blvd.**<br>**Montgomery, AL 36116** |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Stivers, Edward**<br>**Stivers/Birmingham**<br>**4000 Eastern Blvd.**<br>**Montgomery, AL 36116** |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Stoops, Jeff**<br>**Stoops/Indianapolis**<br>**1251 Quaker Blvd**<br>**Plainfield, IN 46168** |
| | List the contract number of any government contract | | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Stoops, Jeff**<br>**Stoops/Indianapolis**<br>**1251 Quaker Blvd**<br>**Plainfield, IN 46168** |
| | List the contract number of any government contract | | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Stoops, Randy**<br>**Stoops, Muncie, IN**<br>**4055 W. Clara Lane**<br>**Muncie, IN 47304** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Haah Automotive Holdings Inc.**                                              Case number *(if known)* _____
          First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Strong, Bradford David** |
| | List the contract number of any government contract | | **Bradford Strong/Layton Dealership**<br>**1070 South Main Street**<br>**Salt Lake City, UT 84101** |
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Strong, Bradford David** |
| | List the contract number of any government contract | | **Bradford Strong/South Jordan**<br>**1070 South Main Street**<br>**Salt Lake City, UT 84101** |
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Stucky, Matthew** |
| | List the contract number of any government contract | | **Stucky/State College**<br>**518 Broad Street**<br>**Hollidaysburg, PA 16648** |
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Sweeney, Jacob** |
| | List the contract number of any government contract | | **Sweeney/Cincinnati**<br>**105 West Kemper Road**<br>**Cincinnati, OH 45246** |
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
| | State the term remaining | | **Sweeney, Jacob** |
| | List the contract number of any government contract | | **Sweeney/West Chester**<br>**105 West Kemper Road**<br>**Cincinnati, OH 45246** |
| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Swope, Carl**<br>**Swope/Louisville**<br>**1100 N Dixie Hwy**<br>**Elizabethtown, KY 42701** |

Debtor 1    **Haah Automotive Holdings Inc.**

First Name            Middle Name            Last Name                    Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Taska, Robert**<br>**Taska/Norwood**<br>**1667 Hartford Avenue**<br>**Johnston, RI 02919-3202** |
| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Taska, Robert**<br>**Taska/Arlington Heights**<br>**1667 Hartford Avenue**<br>**Johnston, RI 02919-3202** |
| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Dealers/Business Auto/Motor Carrier policies** |
| | State the term remaining | **5/15/21-5/15/22** |
| | List the contract number of any government contract | **BA-6N986408-21-43-G**    **The Travelers Indemnity Company**<br>**One Tower Square**<br>**Hartford, CT 06183** |
| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Policy** |
| | State the term remaining | **5/15/21 - 5/15/22** |
| | List the contract number of any government contract | **P-660-7N010796 TCT 21**    **The Travelers Indemnity Company**<br>**One Tower Square**<br>**Hartford, CT 06183** |
| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** |
| | State the term remaining | |
| | List the contract number of any government contract | **Tomes, Brandon**<br>**Tomes/Frisco**<br>**950 S. Central Expressway**<br>**McKinney, TX 75070** |

Debtor 1  **Haah Automotive Holdings Inc.**                                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

<span style="background:purple">　　　</span> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Trebino, Michael**<br>**Pine Belt/Toms River**<br>**229 Route 37 East**<br>**Toms River, NJ 08753** |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Turner, Alan**<br>**Turner/Pensacola Dealership**<br>**6501 Pensacola Blvd.**<br>**Pensacola, FL 32505** |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Vacker, Bob**<br>**Ogden/Brownsbille**<br>**3201 W 10th Street**<br>**McAllen, TX 78501** |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Vacker, Bob**<br>**Ogden/McAllen**<br>**3201 W 10th Street**<br>**McAllen, TX 78501** |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Van Den Hurk, Wilhelmus**<br>**den Kurk/Hawaii Dealership**<br>**2841 N. Nimitz Hwy**<br>**Honolulu, HI 96819** |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Walters, Billy**<br>**BW Auto Ventures, LLC**<br>**750 Peachtree Drive**<br>**Cumming, GA 30041** |
| | List the contract number of any | | |

Debtor 1  **Haah Automotive Holdings Inc.**

First Name          Middle Name          Last Name                    Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Weinzapfel, Jonathan** |
| | | | **Weinzapfel/Waco** |
| | List the contract number of any government contract | | **3000 Interstate 35 S** |
| | | | **Waco, TX 76706** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Weitman, Neil** |
| | | | **Royal Speedway/Tucson** |
| | List the contract number of any government contract | | **4670 N. Circuit Rd** |
| | | | **Tucson, AZ 85705** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **White, William** |
| | | | **White/Ford Smith** |
| | List the contract number of any government contract | | **3510 S Zero Street** |
| | | | **Fort Smith, AR 72908** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Whitlow, George** |
| | | | **Whitlow/Richmond Dealership** |
| | List the contract number of any government contract | | **9703 Midlothian Turnpike** |
| | | | **Richmond, VA 23235** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | |
|---|---|---|---|
| | State the term remaining | | **Wilson, David** |
| | | | **Preston/Salisbury** |
| | List the contract number of any government contract | | **218 Main Street** |
| | | | **Preston, MD 21655** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent for Dealership** | **Wilson, David** |
|---|---|---|---|
| | | | **Preston/Denton** |
| | | | **218 Main Street** |
| | | | **Preston, MD 21655** |

Debtor 1    **Haah Automotive Holdings Inc.**

First Name          Middle Name          Last Name          Case number (*if known*)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.153.   State what the contract or lease is for and the nature of the debtor's interest — **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract

**Wolf, Daniel**
**Wolf/Aurora**
**1488 W Ogden Avenue**
**Naperville, IL 60540**

---

2.154.   State what the contract or lease is for and the nature of the debtor's interest — **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract

**Wright Jr., Arthur William**
**Wright/Bethlehem Dealership**
**675 State Avenue**
**Emmaus, PA 18049**

---

2.155.   State what the contract or lease is for and the nature of the debtor's interest — **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract

**Youngblood, John**
**Youngblood/Springfield**
**5744 S. Castlebay Drive**
**Springfield, MO 65807**

---

2.156.   State what the contract or lease is for and the nature of the debtor's interest — **Letter of Intent for Dealership**

State the term remaining

List the contract number of any government contract

**Zwiacher, David**
**Scoggins Dickey**
**5901 Spur 327**
**Lubbock, TX 79424**

---

| Fill in this information to identify the case: |
|---|

Debtor name **Haah Automotive Holdings Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Duke Hale** | **P.O. Box 22**<br>**Venice, FL 34285**<br>**UCC Filing No. 20-7758934277**<br>**Document No. 85563150002** | **Haines Capital Group** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Michael Davis** | **22681 Sweet Meadow**<br>**Mission Viejo, CA 92692**<br>**UCC Filing No. 20-7758934419**<br>**Document No. 8556315003** | **Haines Capital Group** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Haah Automotive Holdings Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 30, 2021**          X _____
                                        Signature of individual signing on behalf of debtor

**Duke Hale**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Haah Automotive Holdings Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,500,000.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$10,223,000.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$13,000,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Haah Automotive Holdings Inc.**                                                Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Jolynne Ewing**<br>**1730 Irvine Avenue**<br>**Newport Beach, CA 92660** | **04/16/2021**<br>3,150.00<br>**04/30/2021**<br>3,650.00<br>**05/14/2021**<br>3,150.00<br>**05/28/2021**<br>3,150.00<br>**06/11/2021**<br>3,150.00<br>**06/25/2021**<br>3,150.00<br>**07/08/2021**<br>3,150.00 | **$22,550.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Salary**<br>**Office Manager of Debtor** |
| 3.2. | **Richard Joseph Lamarre**<br>**460 Longfellow Drive**<br>**Wheaton, IL 60189** | **04/16/2021**<br>13,222.80<br>**04/30/2021**<br>6,222.80<br>**05/14/2021**<br>5,722.80<br>**05/28/2021**<br>5,822.80 | **$30,991.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Salary**<br>**Regional Vice President Sales** |
| 3.3. | **James Edward Mulvaney**<br>**32 Hyacinth**<br>**Lake Forest, CA 92630** | **04/16/2021**<br>6,000.00<br>**04/30/2021**<br>6,000.00<br>**05/14/2021**<br>6,000.00<br>**05/28/2021**<br>6,000.00<br>**06/11/2021**<br>6,000.00<br>**06/25/2021**<br>6,000.00<br>**07/08/2021**<br>6,000.00 | **$42,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Salary**<br>**Controller** |
| 3.4. | **Alvarado Smith**<br>**1 MacArthur Place**<br>**Suite 200**<br>**Santa Ana, CA 92707** | **5/3/21 -**<br>**$13,505.60**<br>**7/6/21 -**<br>**$10,274.42** | **$23,780.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Legal Services** |
| 3.5. | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | **6/1/21 -**<br>**$24,177.82**<br>**6/1/21 -**<br>**$18,371.39** | **$42,549.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.6. | **Butzel Long**<br>**150 West Jefferson**<br>**Suite 100**<br>**Detroit, MI 48226** | **5/25/21 - $**<br>**22,782.40**<br>**7/1/21 -**<br>**$2,629.50** | **$25,411.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

Debtor __Haah Automotive Holdings Inc.__      Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.7. | **General Corporate Services**<br>**23638 Lyons Ave, #223**<br>**Santa Clarita, CA 91321** | **7/6/21**<br>**-$29,634.00** | **$29,634.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | **Joshua Henner**<br>**301 E. 47th Street**<br>**Apt 7P**<br>**New York, NY 10017** | **5/3/21 -**<br>**$15,000.00** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. | **Kim & Chang**<br>**39, Sajik-ro 8-gil**<br>**Seoul**<br>**03170 Korea** | **5/25/21 -**<br>**$5,608.00**<br>**7/1/21 -**<br>**$2,910.00** | **$8,518.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. | **Knobbe Martens**<br>**2040 Main Street**<br>**14th Floor**<br>**Irvine, CA 92614** | **5/25/21 -**<br>**$8,835.60** | **$8,835.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |
| 3.11. | **GVS**<br>**1892 North Main Street**<br>**Orange, CA 92865** | **5/3/21 -**<br>**$6,296.00** | **$6,296.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. | **Olen Realty**<br>**7 Corporate Plaza**<br>**Newport Beach, CA 92660** | **6/15/21 -**<br>**$8,675.60**<br>**7/1/21 -**<br>**$210.00** | **$8,885.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Real Property Lease Payment** |
| 3.13. | **Ringstad & Sanders LLP**<br>**4343 Von Karman Avenue**<br>**Suite 300**<br>**Newport Beach, CA 92660** | **6/18/21 -**<br>**$25,000.00**<br>**7/20/21 -**<br>**$5,000.00**<br>**7/30/21 -**<br>**$5,000.00** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |
| 3.14. | **Jeff Coats**<br>**5558 San Palazzo Court**<br>**Las Vegas, NV 89141** | **6/1/21 -**<br>**$13,000.00** | **$13,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Haah Automotive Holdings Inc.**                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.15. **Greenspoon Mauder**<br>**Trade Center South**<br>**1000 West Cyprus Creek Road**<br>**Suite 708**<br>**Fort Lauderdale, FL 33309** | 5/23/21 | $10,712.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Muhammad Asif**<br>**4100 Holly Lane**<br>**Rochester, MI 48306**<br>**Executive VP, Manufacturing and Officer** | 04/16/2021<br>6,000.00<br>04/30/2021<br>6,000.00<br>05/14/2021<br>6,000.00<br>05/28/2021<br>6,000.00<br>06/11/2021<br>6,000.00<br>06/25/2021<br>6,000.00<br>07/08/2021<br>6,000.00 | $42,000.00 | **Salary** |
| 4.2. **Garrett Bailey**<br>**620 35th Street**<br>**Manhattan Beach, CA 90266**<br>**VP, Dealer Develop. & Strategy and Officer** | 04/16/2021<br>5,000.00<br>04/30/2021<br>5,000.00<br>05/14/2021<br>5,000.00 | $15,000.00 | **Salary** |
| 4.3. **Yvonne Burkhouse**<br>**35 Tall Hedge**<br>**Irvine, CA 92603**<br>**Executive VP, CIO and Officer** | 04/16/2021<br>5,500.00<br>04/30/2021<br>5,500.00<br>05/14/2021<br>5,500.00<br>05/28/2021<br>5,500.00<br>06/11/2021<br>5,500.00<br>06/25/2021<br>5,500.00<br>07/08/2021<br>5,500.00 | $38,500.00 | **Salary** |

Debtor   __Haah Automotive Holdings Inc._____   Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. **Emily Davis**<br>**3157 Bernuda Drive**<br>**Costa Mesa, CA 92626**<br>**Duke Hale, CEO Daughter** | 04/16/2021<br>2,494.39<br>04/30/2021<br>2,494.39<br>05/14/2021<br>2,494.39<br>05/28/2021<br>2,494.39<br>06/11/2021<br>2,494.39<br>06/25/2021<br>2,494.39<br>07/08/2021<br>2,494.39 | $17,460.73 | **Salary** |
| 4.5. **Gordon Dickie**<br>**515 Via El Risco**<br>**San Clemente, CA 92673**<br>**Executive VP, R&D, Engineering and Officer** | 04/16/2021<br>6,000.00<br>04/30/2021<br>6,000.00<br>05/14/2021<br>6,000.00<br>05/28/2021<br>6,000.00 | $24,000.00 | **Salary** |
| 4.6. **Duke Thomas Hale**<br>**P.O. Box 22**<br>**Venice, FL 34285**<br>**Chairman and CEO** | 04/16/2021<br>6,000.00<br>04/30/2021<br>6,000.00<br>05/14/2021<br>6,000.00<br>05/28/2021<br>6,000.00<br>06/11/2021<br>6,000.00<br>06/25/2021<br>6,000.00<br>07/08/2021<br>6,000.00 | $36,000.00 | **Salary** |
| 4.7. **Christopher Lindley Hosford**<br>**19241 Coldstream Lane**<br>**Huntington Beach, CA 92648**<br>**VP Public Relations and Officer** | 04/16/2021<br>1,250.00<br>04/30/2021<br>1,250.00<br>05/14/2021<br>1,250.00<br>05/28/2021<br>1,250.00<br>06/11/2021<br>1,250.00<br>06/25/2021<br>1,250.00 | $7,500.00 | **Salary** |

| Debtor | **Haah Automotive Holdings Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. **Stephanie Munakata**<br>**8121 Wildwood Circle**<br>**Huntington Beach, CA 92646**<br>**VP, Human Resources and Officer** | 04/16/2021<br>6,000.00<br>04/30/2021<br>6,000.00<br>05/14/2021<br>6,000.00<br>05/28/2021<br>6,000.00<br>06/11/2021<br>6,000.00<br>06/25/2021<br>6,000.00<br>07/08/2021<br>6,000.00 | **$42,000.00** | **Salary** |
| 4.9. **Susan Norton**<br>**14209 N. 17th Street**<br>**Phoenix, AZ 85022**<br>**VP Marketing and Officer** | 04/30/2021<br>20,000.00 -<br>**Commission**<br>04/16/2021<br>5,000.00 -<br>**Salary**<br>04/30/2021<br>5,000.00 -<br>**Salary**<br>05/14/2021<br>5,000.00 -<br>**Salary**<br>05/28/2021<br>5,000.00 -<br>**Salary**<br>06/11/2021<br>5,000.00 -<br>**Salary**<br>06/25/2021<br>10,000.00 -<br>**Severence** | **$55,000.00** | **Salary, Severence and Commission** |
| 4.10 **Robert Pradzinski**<br>· **33 Acanthus**<br>**Rancho Santa Margarita, CA 92688**<br>**Executive VP Sales Operations and Officer** | 04/16/2021<br>6,222.00<br>04/30/2021<br>6,222.00<br>05/14/2021<br>6,222.00 | **$18,666.00** | **Salary** |
| 4.11 **Mukesh Rohatgi**<br>· **27881 Isela Court**<br>**Laguna Niguel, CA 92677**<br>**VP IT and Officer** | 04/16/2021<br>5,000.00<br>04/30/2021<br>5,000.00<br>05/14/2021<br>5,000.00<br>05/28/2021<br>5,000.00<br>06/11/2021<br>5,000.00<br>06/25/2021<br>10,000.00 -<br>**severence** | **$35,000.00** | **Salary and Serverence** |

Debtor    **Haah Automotive Holdings Inc.**                                           Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12<br>· | **Janet Thompson**<br>**4026 General Martin Lane**<br>**Franklin, TN 37064**<br>**Executive VP Marketing and Board Member** | **04/30/2021**<br>**5,000.00 - Commission**<br>**04/16/2021**<br>**6,000.00 - Salary**<br>**04/30/2021**<br>**6,000.00 - Salary**<br>**05/14/2021**<br>**6,000.00 - Salary**<br>**05/28/2021**<br>**51,000.00 - Severence**<br>**05/28/2021**<br>**6,000.00** | **$80,000.00** | **Salary, Commission and Severance.** |

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

□ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Michael S. Addy and Addy's Harbor Dodge, LLC v. Haah Automotive Holdings, Inc.**<br>**2021-CP-26-03639** | **Complaint for Breach on Contract** | **State of South Carolina, Court of Common Pleas Fifteenth Judicial Circuit** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.2. | **BW Auto Ventures, LLC v. Haah Automotive Holdings, Inc.**<br>**2021 CA 000393** | **Complaint for Breach of Promissory Note** | **Circuit Court of the Second Judicial Circuit in and for Leon County, Florida** | ■ Pending<br>□ On appeal<br>□ Concluded |

| Debtor | Haah Automotive Holdings Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **HAAH Automotive Holdings, Inc. v. Michael G. Davis**<br>30-2020-01152245-CU-FR-CJC | **Complaint for Conversion; Breach of Fiduciary Duty; Fraud; Neglect Misrepresentation ; and Restitution** | **Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Haah Automotive Holdings Inc.**                        Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ringstad & Sanders LLP**<br>**4343 Von Karman Avenue**<br>**Suite 300**<br>**Newport Beach, CA 92660** | | **6/18/2021 -**<br>**$25,000.00**<br>**7/20/2021 -**<br>**$5,000.00**<br>**7/29/2021 -**<br>**$5,000.00** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Gordon Dickie**<br>**515 Via El Risco**<br>**San Clemente, CA 92673** | **2020 Mazda CX-5** | **6/4/2021** | **$13,500.00** |
| | Relationship to debtor<br>**Executive VP, R&S,**<br>**Engineering and Aftersales** | | | |

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **25391 Commerce Center Drive**<br>**Suite 120**<br>**Lake Forest, CA 92630** | **2016 - 4/30/2019** |
| 14.2. | **29 Parker**<br>**Suite 200**<br>**Irvine, CA 92618** | **5/01/2019 - 4/30/2021** |

**Part 8:**   Health Care Bankruptcies

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Haah Automotive Holdings Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Haah Automotive Holdings Inc.** | Case number *(if known)* | |
|---|---|---|---|

not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.    **Zotye USA, LLC**<br>**1 Spectrum Pointe Drive**<br>**Lake Forest, CA 92630** | **Car Distribution** | EIN:    84-2965171<br><br>From-To   **2/2019 - 12/2019** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Debtor | Haah Automotive Holdings Inc. | | Case number *(if known)* | |

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **James Mulvaney**<br>**32 Hyacinth**<br>**Lake Forest, CA 92630** | **9/2019 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Clark Vitualli** | **4405  Utah Avenue**<br>**Nashville, TN 37209** | **Board Member** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Duke Hale** | **P.O. Box 22**<br>**Venice, FL 34285** | **Chairman** | **45%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carson Zhang** | **776 West Chester Road**<br>**Covina, CA 91722** | **Board Member** | **10%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    **Haah Automotive Holdings Inc.**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Janet Thompson | 4026 General Martin Lane Franklin, TN 37064 | Executive Vice President and Board Member | 2019-2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ryan Retherford | 15818 North 100 West Summitville, IN 46070 | Board Member | 2019-2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See SOFA Part 2 - No 4 | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Haah Automotive Holdings Inc.**   Case number *(if known)*

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 30, 2021**

Signature of individual signing on behalf of the debtor    **Duke Hale**
    Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Haah Automotive Holdings Inc.**

Debtor(s)

Case No. 

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____ **35,000.00**

    Prior to the filing of this statement I have received ...................................... $ _____ **35,000.00**

    Balance Due .............................................................................................. $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions,
    contested matters or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 30, 2021**

*Date*

*Christopher A. Minier*

*Signature of Attorney*

**Christopher A. Minier**
**Ringstad & Sanders LLP**
**4343 Von Karman Avenue**
**Suite 300**
**Newport Beach, CA 92660**
**949 851-7450  Fax: 949 851-6926**
**cminier@ringstadlaw.com**

*Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Christopher A. Minier**
**4343 Von Karman Avenue**
**Suite 300**
**Newport Beach, CA 92660**
**949 851-7450 Fax: 949 851-6926**
**California State Bar Number: 190705 CA**
**cminier@ringstadlaw.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  **Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Haah Automotive Holdings Inc.**

CASE NO.:

CHAPTER: 7

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __22__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **July 30, 2021** _____

                            Signature of Debtor 1

Date:  _____

                            Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **July 30, 2021** _____

                            Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

.

Haah Automotive Holdings Inc.
32 Hyacinth
Lake Forest, CA 92630


Christopher A. Minier
Ringstad & Sanders LLP
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660


Abdalla, Mike
Magna/Evansville
4500 East Division Street
Evansville, IN 47715


Addy, Michael
Addy's Harbor Dodge, LLC
4849 Highway 501
Myrtle Beach, SC 29579


Alfred Stein, Inc.
Attn: Noah Sullum
235 S. Main Street
Doylestown, PA 18901


Ascher, Ralph
11022 Acacia Parkway
Suite D
Garden Grove, CA 92840


Asif, Muhammad
4100 Holly Lane
Rochester, MI 48306


Audax Labs LLC
21706 32nd Avenue SE
Seattle, WA 98021

Auffenburg, Michael Charlie
Auffenburg/Colinsville Dealership
176 Auto Ct.
O Fallon, IL 62269


Automotive Development Consultants
P.O. Box 6028
Huntington Beach, CA 92615


Bachrodt, Rachel
Bachrodt/Rockford Dealership
7070 Cherryvale North Blvd
Rockford, IL 61112


Bailey, Garrett
620 35th Street
Manhattan Beach, CA 90266


Balsiger, Richard
10948 Dishman Place
Tustin, CA 92782


Haines Capital Group, LLC
1039 NW 63rd Street
Attn: Cory Jenkins VP
Oklahoma City, OK 73116


Barker, Charles
Barker/Virginia Beach Dealership
4949 Virginia Beach Blvd.
Virginia Beach, VA 23462


Bateau, Darden
1793 Nantucket Place
Costa Mesa, CA 92627

Battison, Larry
Battison/North Oklahoma City
4313 Hockeywick Road
Norman, OK 73072


Bentley III, Phillip Wind
Bentley/Huntsville Dealership
P.O. Box 7169
Huntsville, AL 35807


Berman, Michael
Berman/North Chicago Dealership
3456 N. Kedzie
Chicago, IL 60618


Bieler, Scott R.
Bieler/Buffalo Dealership
360 West Falls Road
West Falls, NY 14170


Blake, James
Sioux City Motorcars
5200 S. Louise Avenue
Sioux Falls, SD 57108


Borches, Elizabeth
Borches/Richmond Dealership
12420 Jefferson Davis Hwy
Chester Rockford, VA 23831


Borgman, John
Borgman/Grandville Dealership
3150 28th St SW
P.O. Box 157
Grandville, MI 49468-0157


Busch, Gary A.
70 Lake Park Drive
Sharpsburg, GA 30277

Cash Leasing and Copier Sales
3609 Bradshaw Road
Suite H301
Sacramento, CA 95827


Cavenaugh, Matt
Cavanaugh/Springdale Dealership
3487 Hwy 67 North
Walnut Ridge, AR 72476


Cavender, Robert
Cavender/San Antonio Dealership
4358 Lockhil Selma Rd
Ste. 200
San Antonio, TX 78249


Century Business Services Inc.
1342 Bell Avenue
Suite 3A
Tustin, CA 92780


Christensen, Robert
2659 Chad Zeller Lane
Corona, CA 92882


Cimino, Gerald
Cimino/Lakewood Dealership
1212 Motor City Drive
Colorado Springs, CO 80905


Cohen, David S.
28551 Springfield Drive
Laguna Niguel, CA 92677


Corman, Blake
Grand Auto Sales/Grand Island
3426 W. Capital Ave.
Grand Island, NE 68803

Courter, Jason
Courter/Seattle Dealership
101 116th Ave SE
Bellevue, WA 98004


Critz, Dale
Critz/Savanah Dealership
7000 Abercom Street
Savannah, GA 31406


Cusomato, Sal
196 Arborridge Drive
Forked River, NJ 08731


Dahl, Kenneth
Dahl/Davenport Dealership
1310 E. Kimberly
Davenport, IA 52807


Davis, Emily
9 Gretel Court
Newport Beach, CA 92663


Deel Investments LP
c/o Darryl Deel
2601 Callaway Ridge
Joplin, MO 64804


Demontrond, George
W Houston Dealership
14101 N Freeway
Houston, TX 77090


Dennis, Keith
Dennis/Columbus Dealership
2441 Billingsley Road
Columbus, OH 43235

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030


Desimone, Giagio
DeSimone/Philadelphia Dealership
518 2nd Street
Philadelphia, PA 19123


Dickie, Gordon
515 Via El Risco
San Clemente, CA 92673


DocuSign
221 Main Street
Suite 1000
San Francisco, CA 94105


Doetsch, George
Doetch/DC Dealership
8800 Stanford Blvd.
Columbia, MD 21045


Domino, Daniel
5163 Cooper Road
Chino Hills, CA 91709


Driebe, John
Forany/Sacramento
8590 Laguna Grove Dr.
Elk Grove, CA 95757


Duke Hale
P.O. Box 22
Venice, FL 34285

Emerson, Matt
212 Main Street
Venice, CA 90291


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Equipoise Irrevocable Trust
Attn: Susan Lee Bateau
27758 Santa Margarita Pkwy
Suite 121
Mission Viejo, CA 92692


Esfahani, Shawn
Daphne/Peoria, AZ
33056 Water View Drive West
Loxley, AL 36551


Everett, David
Everett/Asheville Dealership
161 US Hwy 70 SE
Hickory, NC 28602


Fabre, David
Fabre/Prairieville Dealership
18834 Bienville Ct.
Prairieville, LA 70769


Flanagan, Kevin
Smythe/Bloomfield
40 River Road
Summit, NJ 07901


Force, Gary
Force/Murphysboro Dealership
2325 Scottsville Rd
Bowling Green, KY 42104

Forman, Don
Forman/Reno NV Dealership
3025 E. Sahara Ave
Las Vegas, NV 89104


Fornaca, Ronald
Frank Motors/National City
2400 National City Blvd.
National City, CA 91950


Fox, Steven
Fox/El Paso Dealership
11165 Gateway Blvd W
El Paso, TX 79935


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511


Frank Maddocks
333 Washington Blvd
Suite 331
Marina Del Rey, CA 90292


Gaunce, Christopher
Gaunce/Waterville
27 Forest Park
Waterville, ME 04901


Giacchino, Larry
Carman/Glenn Mills Dealership
189 S. Dupont Hwy
New Castle, DE 19720

Giles, Robert Earl
Giles/Lafayette Dealership
6137 Johnston Street
Lafayette, LA 70508


Global Vehicle Services, Corp.
1892 North Main Street
Orange, CA 92865


Goldy, Joel
Goldy/Huntington Dealership
187 Kinetic Drive
Huntington, WV 25701


Gunther, Joseph
Gunther/Coconut Creek Dealership
2201 N. Federal Highway
Delray Beach, FL 33483


Hagen, Gary P.
102 Arboleda Circle
Boerne, TX 78006


Hale Living Trust
Attn: Duke T. Hale
P.O. Box 22
Venice, FL 34285


Hall, Charlie
Hall/Waukesha Dealership
19809 W. Bluemound Rd
Brookfield, WI 53045


Hardiman, Will
Hardeman/Roundrock
3400 Steck Avenue
Austin, TX 78757

Harrison, W. Thayne
Harrison/St. George
222 North Bluff St.
Saint George, UT 84770


Hart, Carl
Hart/Christiansburg
504 High St
Salem, VA 24153


Herson, Gerald
Herson's Auto Group/Rockville
15525 Frederick Road
Rockville, MD 20855


Hissong, John
11846 S. Circle Drive
Whittier, CA 90601


Hudson, James
Hudson/Augusta Dealership
250 Greystone Blvd.
Columbia, SC 29210


ICL Inc.
445 S. Livernois Road
Suite 221
Rochester, MI 48307


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346


Jeff Stoops & Jim Meyers
4055 W. Clara Lane
Muncie, IN 47304

Jenkins, Donald
DRJ/Jacksonville Dealership
2025 SW College Rd
Ocala, FL 34471


Keeler, Alexander
37 Old Niskayuna Road
Loudonville, NY 12211


Khalooghli, Kian
Khalooghi/San Bernadino
276 Upland Road
Laguna Beach, CA 92651


Klimkiewicz, Steven
Klimkiewicz/Virginia Beach
1625 Duke of Windsor Road
Virginia Beach, VA 23454-2514


LaMarre, Rich
460 Longfellow Drive
Wheaton, IL 60189


Latham, Mary Margaret
Wilmington Auto Group
5920 Market Street
Wilmington, NC 28405


Lopez Frank
40317 Saddlebrook Street
Murrieta, CA 92563


Loquercio, Robert
Loquercio/St Charles Dealership
1600 West Lake Street
Streamwood, IL 60107

Lurton Lee
9644 Spruance Court
Indianapolis, IN 46256


Mac Magdi Yousry
1238 West Grove Avenue
Orange, CA 92865


Magtalia Advisors, LLC
21 Cedar Road
South Bound Brook, NJ 08880


Masewiez, Randolph
Crivilli/Greensburg Dealership
1520 State Route 31
Mount Pleasant, PA 15666


McCurry, Barry
5909 Sly Fox Lane
Indianapolis, IN 46307


McDaniels, Bill
McDaniels/Charleston Dealership
2283 Savannah Hwy
Charleston, SC 29414


Mejia, Bradley
430 Brower Street
Placentia, CA 92870


Michael Davis
22681 Sweet Meadow
Mission Viejo, CA 92692

Michael Martino
3307 Fallston Road
Fallston, MD 21047


Miller, Mark
Miller Auto Group/Cherry Hill
1596 Rt 38
PO Box 617
Lumberton, NJ 08048


Minki Dink Irrevocable Trust
c/o Ralph Ascher
11022 Acacia Pkwy #D
Garden Grove, CA 92840


Neale, Jeffrey
3451 River Park Drive
No. 3014
Fort Worth, TX 76116


Nicolato, Joseph L.
3611 Fair Oaks Place
Longboat Key, FL 34228-4152


Norton, James
Norton/Conteau Dealership
3131 N. Aspen Avenue
Broken Arrow, OK 74012


Olen Commercial Realty Corp.
7 Corporate Plaza
Newport Beach, CA 92660


Optimum Info
3200 El Camino Real
Suite 120
Irvine, CA 92606

```
Oracle Credit Corporation
Banc of America Leasing & Capital
2600 W Big Beaver Road
Troy, MI 48084


Ourisman, Robert
Ouirsman/Rockville Dealership
807 Rockville Pike
Rockville, MD 20852


Pete's Auto Body Inc.
c/o Peter Yendunian
319 Lemmon Creek Dr., #C
Walnut, CA 91789


Peterson, Brady
Peterson/Boise
9101 W. Fairview Avenue
Boise, ID 83704


Pradzinski, Robert
33 Acanthus
Rancho Santa Margarita, CA 92688


Proko, Margaret
Proko/Nashua Dealership
280 Amherst Street
Nashua, NH 03063


Rapp, Bill
3449 Burnet Ave
Syracuse, NY 13206


Rochester Gregory
Rochester Motor Co.
4900 Hwy 52 N
Rochester, MN 55901
```

Roen, David
St Paul/Maplewood
3400 Hwy 61
White Bear Lake, MN 55110


Rohatgi, Mukesh
27881 Isela Court
Laguna Niguel, CA 92677


Ron Taft LLC
2934 Beverly Glen Circle
Suite 372
Los Angeles, CA 90077


Rosatti, John
Rosatti/Buffalo Dealership
360 West Falls Road
West Falls, NY 14170


Rosenburg, David
Rosenberg/South Portland
884 Portland Road
Saco, ME 04072


RR Donnelley
7810 Solution Center
Chicago, IL 60677-7008


Sanborn, Bruce
12 Alta Hills Way
Laguna Niguel, CA 92677


Saslow, Brett
Saslow/Centerreach LI
22 Stone Gate Court
Smithtown, NY 11787

Sato Family Trust
c/o Garrett Sati
20350 Via Badalona
Laguna Niguel, CA 92677


Scheftner, Mark
805 West Shore Drive
Delafield, WI 53018


Scholfield, Roger
Scholfield Honda
7017 E Kellogg Dr
Wichita, KS 67207


Securities Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591


Shardul Amarchand
Amarchand Towers
216 Okhla Industrial Estate
Phase III
New Delhi 110020 India


Smith, Mark
Principal/Corpus Chrisiti
2035 West Airport Freeway
Irving, TX 75062


Smitt III, E.W.
Smith/Tampa
3800 34th St N
Saint Petersburg, FL 33714


Sommerville, Bill
4671 Warner Avenue
Suite 131
Huntington Beach, CA 92649

Stahl, Gregory
Stahl/Rochester
1271 Ridge Road Way
Rochester, NY 14615


State Board of Equalization
Acct Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Stein, Irv
Irv Stein - Berwyn
497 E. Lancaster
Berwyn, PA 19312


Stein, Irv
Irv Stein -Doylestown
235 S. Main Street
Doylestown, PA 18901


Stivers, Edward
Stivers/Des Moines
1450 E. Hickman Rd
Waukee, IA 50263


Stivers, Edward
Stivers/Birmingham
4000 Eastern Blvd.
Montgomery, AL 36116


Stoops, Jeff
Stoops/Indianapolis
1251 Quaker Blvd
Plainfield, IN 46168


Stoops, Randy
Stoops, Muncie, IN
4055 W. Clara Lane
Muncie, IN 47304

Strong, Bradford David
Bradford Strong/Layton Dealership
1070 South Main Street
Salt Lake City, UT 84101


Stucky, Matthew
Stucky/State College
518 Broad Street
Hollidaysburg, PA 16648


Surber, Donald
20 E. Laurel
Lake Forest, IL 60045


Sweeney, Jacob
Sweeney/Cincinnati
105 West Kemper Road
Cincinnati, OH 45246


Sweetmeadow Trust
c/o Michael Davis
27758 Santa Margarita Pkwy
Suite 121
Mission Viejo, CA 92691


Swope, Carl
Swope/Louisville
1100 N Dixie Hwy
Elizabethtown, KY 42701


Taska, Robert
Taska/Norwood
1667 Hartford Avenue
Johnston, RI 02919-3202


The Designory, Inc.
211 E. Ocean Blvd., Unit 100
Long Beach, CA 90802

The Travelers Indemnity Company
One Tower Square
Hartford, CT 06183


Thompson, Janet
4026 General Martin Lane
Franklin, TN 37064


Tomes, Brandon
Tomes/Frisco
950 S. Central Expressway
McKinney, TX 75070


Trebino, Michael
Pine Belt/Toms River
229 Route 37 East
Toms River, NJ 08753


Turner, Alan
Turner/Pensacola Dealership
6501 Pensacola Blvd.
Pensacola, FL 32505


Urban Science Applications, Inc.
P.O. Box 67000
Detroit, MI 48267-2740


Vacker, Bob
Ogden/Brownsbille
3201 W 10th Street
McAllen, TX 78501


Van Den Hurk, Wilhelmus
den Kurk/Hawaii Dealership
2841 N. Nimitz Hwy
Honolulu, HI 96819

Vercillo, Anthony
18543 Yorba Linda Blvd
Suite 140
Yorba Linda, CA 92886


Walters, Billy
BW Auto Ventures, LLC
750 Peachtree Drive
Cumming, GA 30041


Wayne Miller Jr.
6483 N. Park Avenue
Indianapolis, IN 46220-1634


Weinzapfel, Jonathan
Weinzapfel/Waco
3000 Interstate 35 S
Waco, TX 76706


Weitman, Neil
Royal Speedway/Tucson
4670 N. Circuit Rd
Tucson, AZ 85705


White, William
White/Ford Smith
3510 S Zero Street
Fort Smith, AR 72908


Whitlow, George
Whitlow/Richmond Dealership
9703 Midlothian Turnpike
Richmond, VA 23235


William Bunker IP Consulting
Holdings, Inc.
1034 Canyon Meadows Drive
No. 7
Provo, UT 84606

William Goetze
3415 Torre Boulevard
New Smyrna Beach, FL 32168


William Wasdyke
30211 Marbella Vista
San Juan Capistrano, CA 92675


Wilson, David
Preston/Denton
218 Main Street
Preston, MD 21655


Wisdom Seekers LLC
Attn: Jolanta N. Miller
1429 Carrolton Avenue
Indianapolis, IN 46202-2714


Wolf, Daniel
Wolf/Aurora
1488 W Ogden Avenue
Naperville, IL 60540


Wright Jr., Arthur William
Wright/Bethlehem Dealership
675 State Avenue
Emmaus, PA 18049


Yob, Valeria
23131 15th Ave SE
# H1
Bothell, WA 98021


Youngblood, John
Youngblood/Springfield
5744 S. Castlebay Drive
Springfield, MO 65807

Yvonne Burkhouse
35 Tall Hedge
Irvine, CA 92603


Zhang, Carson
776 West Chester Road
Covina, CA 91722


Zwiacher, David
Scoggins Dickey
5901 Spur 327
Lubbock, TX 79424